UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22882-CIV-SCOLA/Otazo-Reyes

DANIEL VALDERRABANO TORRES, and )
all others similarly situated under 29 U.S.C. )
216(b), )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　vs. )
　　　　　　　　　　　　　　　　　　　　　)
ROCK & RIVER FOOD, INC. d/b/a )
MARUMI SUSHI, TERUHIKO IWASAKI, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW Plaintiff, by and through the undersigned attorney, pursuant to the Court's Order entered on August 6, 2015 [DE 6] and, and files this Statement of Claim, and in support thereof states as follows:

1. Period of Overtime Claim: August 1, 2012 – June 1, 2015.

2. Approximate number of weeks: 147 (rounded down).

3. Average hours worked per week: 60

4. Overtime hours claimed per week: 20

5. Hourly rate: $11.00 per hour.

6. Half-time overtime rate based on the hourly rate: $5.50 per hour.

7. Calculation of half-time wages owed: $5.50/hr. x 20 hrs./week x 147 weeks = $16,170.00.

8. Overtime wages owed of $16,170.00 doubled for liquidated damages = $32,340.00, plus attorney's fees and costs.

Respectfully submitted this 26th day of August, 2015.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 0105151
jgarrett.jhzidellpa@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties in the Service List below on August 26, 2015.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Julia M. Garrett
> Julia M. Garrett, Esq.
> Florida Bar Number: 0105151
> jgarrett.jhzidellpa@gmail.com

## SERVICE LIST

**Chris Kleppin**
Glasser & Kleppin, P.A.
8751 West Broward Boulevard
Suite 105
Plantation, FL 33324
954-424-1933
Fax: 954-474-7405
Email: ckleppin@gkemploymentlaw.com
*Attorney for Defendants*