UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22882-CIV-SCOLA

DANIEL VALDERRABANO TORRES, and
all others similarly situated,

      Plaintiff,

v.

ROCK & RIVER FOOD, INC., d/b/a
Marumi Sushi, and Teruhiko Iwasaki,

      Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, Rock & River Food, Inc. d/b/a Marumi Sushi and Teruhiko Iwasaki, (collectively referred to herein as "Defendants"), by and through undersigned counsel, hereby give notice of those persons (including business entities) who have an interest in the outcome of this litigation:

1. Rock & river Food, Inc., d/b/a Marumi Sushi, Defendant
2. Teruhiko Iwasaki, Defendant
3. Chris Kleppin, Esq., Counsel for Defendants
4. The law firm of Glasser & Kleppin, P.A., counsel for Defendants
5. Daniel Valderrabano Torres, Plaintiff
6. J.H. Zidell, Esq., counsel for Plaintiff
7. J.H. Zidell, P.A., counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record (J.H. Zidell, Esq.) or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

By:   s/Chris Kleppin
     Chris Kleppin, Esq.
     Florida Bar No. 625485
     ckleppin@gkemploymentlaw.com
     Glasser & Kleppin, P.A.
     Attorneys for Defendants
     8751 W. Broward Blvd.
     Suite 105
     Plantation, FL 33324
     Tel.  (954) 424-1933
     Fax  (954) 474-7405
Secondary E-mails:  esinclair@gkemploymentlaw.com
                    dcano@gkemploymentlaw.com