UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22882-CIV-SCOLA

DANIEL VALDERRABANO TORRES, and
all others similarly situated,

    Plaintiff,

v.

ROCK & RIVER FOOD, INC., d/b/a
Marumi Sushi, and Teruhiko Iwasaki,

    Defendants.
_____/

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS FOR MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Sworn Declaration of Tetsu Hayakawa |
| 2 | Deposition Transcript of Plaintiff, Daniel Valderrabano |
| 3 | Deposition excerpt pages of Karla Yasmin Santiago |
| 4 | Deposition excerpt pages of Juan Luis Casado |
| 5 | Deposition excerpt pages of Tetsu Hayakawa |
| 6 | Defendants' First Set of Interrogatories with Plaintiff's Responses |
| 7 | Plaintiff's Time Cards |
| 8 | Defendants' First Request for Production and Plaintiff's Responses |
| 9 | Defendants First Request for Admissions and Plaintiff's Responses |

Respectfully Submitted,

Glasser & Kleppin
*Attorneys for Defendants*
8751 W. Broward Blvd
Suite 105
Plantation, FL 33324
Tel.  (954) 424-1933
Fax  (954) 474-7405
E-mail:  ckleppin@gkemploymentlaw.com

By:    s/Chris Kleppin  
     Chris Kleppin
     Florida Bar No. 625485

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record (Stephen M. Fox, Jr., Esq.) or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully Submitted,

        Glasser & Kleppin
        *Attorneys for Defendants*
        8751 W. Broward Blvd
        Suite 105
        Plantation, FL 33324
        Tel.  (954) 424-1933
        Fax  (954) 474-7405
        E-mail:  ckleppin@gkemploymentlaw.com

        By:    s/Chris Kleppin
              Chris Kleppin
              Florida Bar No. 625485