# EXHIBIT 3

```
                                                            1


 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2              CASE NO: 15-22882-CIV-SCOLA

 3      _____

 4      DANIEL VALDERRABANO TORRES,
        and all others similarly
 5      situated under 29 USC 216 (B),

 6
                      Plaintiff,
 7
                   -vs-
 8
        ROCK & RIVER FOOD,INC., dba MARUMI SUSHI,
 9      and TERUHIKO IWASAKI,

10                    Defendants.

11      _____\

12

13

14      AT:        300 71 Street
                   Suite 605
15                 Miami Beach, Florida 33141
                   Monday, February 1, 2016
16                 11:45 a.m.

17

18            DEPOSITION OF KARLA YASMIN SANTIAGO

19

20          Taken before Rochel Albert, CSR and Notary

21      Public in and for the State of Florida at Large,

22      pursuant to Notice of Taking Deposition filed in the

23      above cause.

24

25      DEPO EXPRESS REPORTING, INC. (305) 305-3333
```

4

1    Q   I am not going over too many rules because
2   you just observed the last deposition.  But I want
3   to reemphasize the fact that you are here to tell
4   the truth and to answer some of my questions.
5        Do you work for Rock & River Food,
6   Incorporated?
7    A   Yes.
8    Q   How long have you worked there?
9    A   Eight years.
10   Q   You are working there now and back eight
11  years ago?
12   A   Yes, exactly.
13   Q   What do you do there?
14   A   I am a sushi assistant.
15   Q   Could you tell me what exactly it is that
16  you do?
17   A   Cutting the vegetables and the onions.
18  They are oriental things.  I prepare before
19  opening.  The thing that I do the most is to make
20  the rolls and to prepare the dressings.
21   Q   Okay.  By prepare the dressings, what
22  exactly does that mean?  Do you make the dressing?
23   A   Grind the ingredients.
24   Q   So you just grind the ingredients?
25   A   That all depends.  If it's garlic, onions,

```
 1     A    Like two months ago.
 2     Q    Okay.  I am going to hand to you -- it's
 3   the same numbered exhibit you got a copy over
 4   this.
 5          MR. KLEPPIN:  Yes.
 6     Q    This was Exhibit 1 in the last one.  I am
 7   going to make this Exhibit 1 for this one.
 8          (Plaintiff's Exhibit Number
 9      1 was marked by the court reporter and is
10      attached to the end of the transcript.)
11     Q    I know these are not your timecards, but I
12   want to ask you if this is what your timecards
13   look like?
14     A    Yes.
15     Q    Would you write this timecard down like on
16   this timecard when you came in?
17     A    That is the time that I left.
18     Q    Okay.  Did you ever mark down these two
19   breaks?
20     A    No.
21     Q    Is that time recorded now though?
22     A    Before leaving, we put the cards in the
23   machine.  When we come back, then we put it again.
24     Q    So how much are you paid?
25     A    The ten the normal and 15 the overtime.
```

```
 1    Q    Have you always gotten your overtime?
 2    A    Yes.
 3    Q    This was even before you had the punch
 4  card system, right?
 5    A    Yes.
 6    Q    How would you get paid?  Would you get
 7  paid every week or every two weeks?
 8    A    Each week.
 9    Q    Okay.  How would you get paid?  Cash,
10  check?
11    A    Cash.
12    Q    Did you just get handed a bunch of 20s or
13  was there an envelope or how did you get paid?
14    A    Sometimes there are 20s and sometimes 100s
15  and sometimes 50s.
16    Q    Did they put it in an envelope?
17    A    Yes.
18    Q    Was there any indicator on the envelope
19  the amount of hours that you worked?
20    A    Yes.
21         MR. KLEPPIN:  Let's take a two-minute
22  break.  I need to call my office.
23         (A break was taken.)
24    Q    I was asking you if there was any
25  indicator on the envelope that you received at the
```

12

```
 1    end of every week that told you how many hours you
 2    worked?
 3       A    Yes.
 4       Q    Can you tell me what that is?
 5       A    They write down for the 40 hours, that
 6    amount.  And then after that, they write the extra
 7    hours that we worked times 15.  They add it and
 8    that is the total amount that we get.
 9       Q    Was this the way that you received money
10    during the entire eight years that you worked
11    there?
12       A    Yes.
13       Q    Would you have any of these envelopes
14    showing this amount that you got paid?
15       A    No.
16       Q    Was there any other record kept of the
17    time that you worked other than these time sheets
18    that you wrote down on the books?
19       A    No.
20       Q    Okay.  What did Daniel Torres do for Rock
21    & River?
22       A    Same like me, making rolls.
23       Q    You two had the same job?
24       A    Yes.
25       Q    Would you work with Mr. Torres five days a
```

14

```
 1      Q    But on these four days would you work
 2   pretty much right next to Mr. Torres?
 3      A    Yes.
 4      Q    Also when you would schedule your breaks
 5   you would have to schedule with Mr. Torres to work
 6   together, right?
 7      A    Yes.
 8      Q    Did you two have a system to determine who
 9   was going to go on break?
10      A    Yes.
11      Q    What was the system?
12      A    I was always the one going ahead of him,
13   going first.  Yes, when I came back, he was the
14   one leaving.
15      Q    How long would your breaks be?
16      A    Thirty minutes.
17      Q    Okay.  How long were Mr. Torres' breaks?
18      A    Thirty minutes.
19      Q    Okay.  When would you take these breaks?
20      A    When we didn't have that much work.  Yes.
21   When there was slow work, that is when I left, and
22   then whenever it was needed, he make it.
23      Q    Okay.  So would you take your time off
24   when it was slow; is that correct?
25      A    Yes.
```