# EXHIBIT 4

```
                                                              1


 1        UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
 2             CASE NO: 15-22882-CIV-SCOLA

 3     _____

 4     DANIEL VALDERRABANO TORRES,
       and all others similarly
 5     situated under 29 USC 216 (B),

 6
                      Plaintiff,
 7
                   -vs-
 8
       ROCK & RIVER FOOD,INC., dba MARUMI SUSHI,
 9     and TERUHIKO IWASAKI,

10                    Defendants.

11     _____\

12

13

14     AT:           300 71 Street
                     Suite 605
15                   Miami Beach, Florida 33141
                     Monday, February 1, 2016
16                   10:33 a.m.

17

18            DEPOSITION OF JUAN LUIS CASADOS

19

20          Taken before Rochel Albert, CSR and Notary

21     Public in and for the State of Florida at Large,

22     pursuant to Notice of Taking Deposition filed in the

23     above cause.

24

25     DEPO EXPRESS REPORTING, INC. (305) 305-3333
```

```
 1              What do you do, Juan?
 2       A      Restaurant worker.
 3       Q      Okay.  Could you tell me particularly what
 4    type of work that you do?
 5       A      Cooking.
 6       Q      Is that all you do or do you ever do
 7    cleaning?
 8       A      Only related to cooking.
 9       Q      How long have you worked with Rock and
10    River Foods, Incorporated?
11       A      Three years.
12       Q      So that is back from today; is that
13    correct?
14       A      Three years.
15       Q      What do you do by cooking?  There's all
16    kinds of different activities that cooking can
17    mean?
18       A      Cooking is everything.  It's like cooking
19    assistant.
20       Q      Well, I understand, but cooking is made up
21    of a bunch of different activities.  For example
22    preparation.  Like what kind of activities do you
23    do when you cook?
24       A      I am cooking assistant from everything,
25    from cutting.
```

26

```
 1     A    No.  The food that we are eating, that is
 2     it.
 3     Q    I am just trying to understand what you do
 4     with the rest of your break because I can't
 5     imagine it takes half hour just to eat your
 6     dinner, does it?
 7          MR. KLEPPIN:  Objection.
 8     A    You do whatever you want.  If I want to
 9     speak on the phone instead of eating, I can talk
10     to my family.
11     Q    Okay.
12     A    I go to the restroom, whatever.
13     Q    Okay.  How much do you get paid?
14     A    Ten.
15     Q    Do you get $10 an hour for every hour you
16     work?
17     A    Yes.
18     Q    Do you ever work more than 40 hours a
19     week?
20     A    Yes.
21     Q    For every one of those hours that you
22     work, you are paid your full wages of ten dollars
23     an hour?
24          MR. KLEPPIN:  Objection.
25     A    Yes, and then there is the overtime.
```

27

```
 1     Q    What is the overtime?
 2     A    1.5.  I don't recall.
 3     Q    What do you mean you don't recall?
 4     A    You are asking me the account.  1.5.
 5     Q    What I am asking you how do you know that
 6   you are getting your full wage?  Do you ever do
 7   the math after?
 8     A    Yes, because I have friends.  They always
 9   get paid like that and I ask them.  After 40, then
10   this is the overtime.  And then you multiply.
11     Q    I am trying to figure out, in other words,
12   when you get your check?  Sorry, do you get a
13   check or do you get paid in cash?
14     A    Check.
15     Q    When you get your cash, how do you know
16   that it's for the time that you work as opposed to
17   short-changing you?
18     A    Because after 40 hours, I know how much I
19   am earning.
20     Q    Okay.  For that 41st hour, how much are
21   you getting paid?
22          MR. KLEPPIN:  Objection.
23     A    After 40?
24     Q    Uh-huh.
25     A    Like 15.
```

1    A    It's written.  It says now it's written.
2    Forty hours.  How much you are making on 40 hours,
3    and then it says underneath that how many overtime
4    hours, and how much you are getting paid for that.
5    Everything is separated.
6    Q    You said now.  I presume that you mean
7    after you got the mechanical punch- system, right?
8         MR. KLEPPIN:  Objection.
9    A    The machine right now is checking that,
10   but before that, we got paid the overtime no
11   matter what.
12   Q    I am trying to understand if this Post-it
13   note system of writing down how much you worked,
14   how it was before you had the machine?
15        MR. KLEPPIN:  Okay.  Wait for her to ask a
16   question.  Wait for her to ask a question.  Let's
17   hear.
18   Q    My question is did you have this Post-it
19   note system when it was the handwritten method?
20        MR. KLEPPIN:  Objection.
21   A    They always put on it the hours that we
22   work, and the hours of overtime.  For three years
23   it's a same thing.
24   Q    What is on there is literally hours
25   worked?

```
 1     A    Exactly.
 2     Q    Equals let's just say 58, and then you
 3   would then say, it would say regular rate of pay
 4   and that equals to be $580?
 5          MR. KLEPPIN:  Objection.
 6     Q    And then overtime was mentioned later or
 7   it's mixed to together.  I need to know the math
 8   of how it was written down.
 9          MR. KLEPPIN:  Objection.
10     A    First separate line, 40 hours for whatever
11   you work, they give you the total of 40 hours.
12   And then separate lines they write down the extra
13   time that you work in order for you to see how
14   much you are making in overtime.
15     Q    Okay.  For you, it would show that
16   overtime hours and then times your overtime rate
17   of pay?
18     A    Yes, it says how much they are paying per
19   hour and then how much the total.
20     Q    So yours would say -- on that overtime
21   part what would it say?  What the rate of pay was?
22     A    There is ten dollars for 40 hours, that is
23   the regular time, and then if the overtime is 15,
24   then you multiply for the number of hours that you
25   work overtime.  But everything is testified, the
```

1    hours that you are working and the overtime.
2    Q    Okay. You said if it says 15. Did it
3    always say 15?
4    A    Yes.
5    Q    Okay. What other types -- let me ask you.
6    Who else worked back there in the kitchen with
7    you? Earlier I was asking you who you worked
8    with. I intended to reflect that one other person
9    that was your co-worker. Now I am asking about
10   everybody back there in the kitchen.
11         MR. KLEPPIN: Objection. It's been asked
12   and answered.
13   A    You mean who they are? How many? You
14   mean the names?
15   Q    Generally how many people were back there?
16         MR. KLEPPIN: Objection.
17   A    Six, seven.
18   Q    Okay. Now, were these cooks, helpers?
19   What type of people are back there in the kitchen?
20   A    Different positions.
21   Q    That is what I am asking.
22         MR. KLEPPIN: Objection.
23   A    Dishwasher, the one who washed trays. The
24   one who prepares the sushi. That is the one who
25   prepares the sushi, the ones who are washing the