# EXHIBIT 5

1

```
 1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
 2             CASE NO: 15-22882-CIV-SCOLA

 3     _____

 4     DANIEL VALDERRABANO TORRES,
       and all others similarly
 5     situated under 29 USC 216 (B),

 6
                      Plaintiff,
 7
                   -vs-
 8
       ROCK & RIVER FOOD, INC., dba MARUMI SUSHI,
 9     and TERUHIKO IWASAKI,

10                    Defendants.

11     _____\

12

13

14     AT:          300 71 Street
                    Suite 605
15                  Miami Beach, Florida 33141
                    Monday, February 1, 2016
16                  12:25 p.m.

17

18           DEPOSITION OF TETSU HAYAKAWA

19

20           Taken before Rochel Albert, CSR and Notary

21     Public in and for the State of Florida at Large,

22     pursuant to Notice of Taking Deposition filed in the

23     above cause.

24

25     DEPO EXPRESS REPORTING, INC. (305) 305-3333
```

1    that don't?

2        MR. KLEPPIN:  Objection.

3    A    So an employee that doesn't use this

4    system gets paid by cash.

5    Q    All cash employees are reported through

6    ADP; is that correct?

7    A    No.  All the employees not in there.

8    Q    So are the employees that take cash, are

9    they the undocumented workers?

10       MR. KLEPPIN:  Objection.

11   A    (The witness in English) Did you say

12   illegal?

13       MS. HUEBER:  No. I said undocumented.

14   A    (The witness in English) He asked me

15   illegal.

16       MR. KLEPPIN:  Objection.

17   Q    If you understand what I mean by

18   undocumented, can you answer that question.

19       MR. KLEPPIN:  Objection.

20       THE INTERPRETER:  Documented?

21       MS. HUEBER:  Undocumented.

22       THE INTERPRETER:  What kind?

23   Q    They are sometimes called illegal.  Some

24   people call them illegal aliens. I am referring to

25   a person who does not have the documents to work

10

1      within the United States of America.

2             MR. KLEPPIN:  Objection.

3      A    I don't know.

4      Q    Why don't you know?  What are you saying

5      that you don't know?

6             MR. KLEPPIN:  Objection.

7      A    Because they told me to pay them in cash.

8      Q    So when an employee comes in, they can

9      elect cash or check?

10     A    If they want to.

11     Q    So the election is their choice.  Is that

12     what you are saying?

13     A    Not always.  If they really want.  If they

14     insist on cash.

15     Q    When you would say -- I presume you go

16     through ADP check process.  ADP takes out

17     withholding taxes and everything; is that correct?

18            MR. KLEPPIN:  Objection.

19     A    I am thinking.  Yes.

20     Q    These taxes aren't taken out when you pay

21     them cash; is that correct?

22     A    If I got them in cash, they got to do it.

23     Q    Sorry.  What?

24     A    They withhold tax.

25     Q    So you are leaving the responsibility of

12

1    A    No.

2    Q    How would you know if you paid your cash

3    employees all the cash that they were owed?

4    A    Could you repeat?

5    Q    How would you know if you had paid all

6    your cash employees all of the money for their

7    work that they are owed?

8    A    If I go according to the timecard, and I

9    know how much I have to pay.

10   Q    How would you calculate the amount that

11   you had to pay?  Because I think I only see here

12   the number of hours?  How would you go about doing

13   this?

14   A    This is week one, week two, week three.

15   And this is 4:30.

16   Q    I need --

17        MR. KLEPPIN:  Wait a minute.  He has got

18   to give the answer on the record.  You got to let

19   him finish the answer.

20   A    4:30 to 1:30.  So that is nine hours, and

21   that is the total amount of hours they worked.

22   Q    Okay.  I was only stating that the record

23   had reflected that the translator has pointed to

24   on Exhibit 2 on the left side, the timecard from

25   the top left to the top right, and the bottom

13

```
 1    right, saying week one, week two and week three.
 2             I want to ask, you would then calculate --
 3    this is my question.  You would then calculate the
 4    amount he was owed based off the hours; is that
 5    correct?
 6        A    Yes.
 7        Q    How would you calculate Mr. Torres's pay?
 8             MR. KLEPPIN:  Objection.
 9        A    What do you mean by how did I calculate
10    it?
11        Q    Well, did you multiply the amount of hours
12    times the rate of pay?  I don't know what you did
13    to come up with the number that you paid
14    Mr. Torres.
15             MR. KLEPPIN:  Objection.
16        A    He gets paid ten dollars per hour.  First
17    40 hours we pay him ten bucks per hour, but after
18    40 hours we paid him 15 bucks per hour.
19        Q    So you would do the math and then hand the
20    cash to Mr. Torres.  If he didn't complain,
21    everything was good.  Is that how you would
22    explain how you gave the moneys to Mr. Torres?
23        A    You are exactly right, but I don't
24    understand why now we have this problem.
25        Q    Were you the one that interviewed the new
```

25

1      Q     I can do it.  It's 2 on this deposition,
2    and the last deposition it was 1.  So I have both
3    numbers placed on here which makes it complicated,
4    but it is 2 for this deposition.
5      A     I didn't write this timecard.  He did.  So
6    maybe he come around 4:05, but he still writes
7    4:00.
8      Q     Okay.  I understand that you did not
9    prepare the numbers on this timecard, and it was
10   self-reported by Mr. Torres, but do you have any
11   reason to believe that this is inaccurate?
12           MR. KLEPPIN:  Objection.
13     A     I don't have no doubt in this.  I don't
14   have no doubt about it.
15     Q     So you believe that these time sheets are
16   accurate?
17           MR. KLEPPIN:  Objection.
18     A     I understand there might be a little maybe
19   five-minute difference to the real time.  But we
20   are good.
21     Q     As I understand, you mentioned earlier
22   that some of these are missing during the past
23   three years; is that correct?
24     A     Yes.
25     Q     Would the missing timecards look a lot

26

1    like these timecards in terms of the numbers on

2    here?

3        A    Yes.  I think it's pretty much the same.

4        Q    So I am trying to understand if we were to

5    find -- if we were to have the other timecards in

6    front of us, they would show about the same amount

7    of hours as these timecards; is that correct?

8             MR. KLEPPIN:  Objection.

9        A    Not all the time.  But it's very, very

10   close to this record.

11       Q    Thank you.  Did Mr. Torres ever take any

12   breaks while he was working?

13       A    Yes, he did.

14       Q    What kind of breaks did he take?

15       A    The break.

16       Q    What does that mean?

17       A    Sometimes he eats during the break or

18   sometimes he doesn't.  Sometimes he just go

19   outside and we don't know what he is doing.  He is

20   just out there for like 30 minutes.

21       Q    Are these breaks always 30 minutes or are

22   there any longer or shorter ones?

23       A    Yes, it's both.  Sometimes it's over 30

24   minutes and sometimes less than 30 minutes.

25       Q    But is it typically about 30 minutes