# EXHIBIT 7

NAME *Daniel*

NO. DATE *8/25 – 9/1*

| Extra or Lost Time | | | | Regular Time | |
|---|---|---|---|---|---|
| M 4:30 130 (9) | 1st DAY | IN / OUT | AM / NOON | M 4:15 130 | (9.25) |
| M 4:15 130 (9.25) | | IN / OUT | PM | M 4:15 130 | (9.25) |
| J 4:15 130 (9.25) | 2nd DAY | IN / OUT | AM / NOON | J 4:15 130 | (9.25) |
| V 4:15 130 (9.25) | | IN / OUT | PM | V 4:15 130 | (9.25) |
| S 4:15 1:45 (9.5) | 3rd DAY | IN / OUT | AM / NOON | S 4:15 130 | (9.25) |
| 4:15 1:30 (9.25) | 4th DAY | IN / OUT | PM | 4:15 1:30 | (9.25) |
| | | IN / OUT | AM / NOON | 〈55.5〉 | |
| | 5th DAY | IN / OUT | PM | M 4:15 130 | (9.25) |
| | | IN / OUT | AM / NOON | M 4:00 130 | (9.5) |
| | 6th DAY | IN / OUT | PM | J 4:00 130 | (9.5) |
| | | IN / OUT | AM / NOON | V 4:00 130 | (9.5) |
| | 7th DAY | IN / OUT | PM | 4:00 130 | (9.5) |

〈55.5〉

Reg. Hrs. ___ Rate ___ Amount
Extra Hrs. ___ Rate ___ Amount
Fed. Old Age Ben. ___
Fed. Withholding Tax ___
State Withholding Tax ___
Insurance ___
Government Bonds ___
Miscellaneous ___
Total ___
Net Wages ___

TOTAL "OUT" REGISTRATIONS
TOTAL "IN" REGISTRATIONS 4:00 1:30 (9.5)
"OUT" minus "IN" = NET TIME 〈56.25〉

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

OfficeMax — To reorder visit a store, call 1-877-OFFICEMAX or go online www.officemax.com

---

NAME *Daniel*

NO. DATE *8/5 – 9/1*

| Extra or Lost Time | | | | Regular Time | |
|---|---|---|---|---|---|
| M 4:00 1300 (9.5) | 1st DAY | IN / OUT | AM / NOON | M 4:00 130 | (9.5) |
| M 4:00 130 (9.5) | | IN / OUT | | M 4:15 130 | (9.5) |
| J 4:00 130 (9.5) | 2nd DAY | IN / OUT | AM / NOON | J 4:00 1:30 | (9.5) |
| V 4:00 130 (9.5) | | IN / OUT | PM / AM | 4:00 30 | (9.5) |
| S 4:15 130 (9.25) | 3rd DAY | IN / OUT | NOON | 4:00 :30 | (9.5) |
| (9.5) | | IN / OUT | AM | 4:00 30 | (9.5) |
| 57 | 4th DAY | IN / OUT | NOON | 〈57〉 | |
| M 4:15 (9.25) | | IN / OUT | PM / AM | 4:00 130 | (9.5) 8/16 |
| (9.25) | 5th DAY | IN / OUT | NOON / PM | M 4:00 130 | (9.5) |
| J 4:00 1:30 (9.25) | | IN / OUT | AM / NOON | 4:00 130 | (9.5) |
| V 4:15 1:30 (9.25) | 6th DAY | IN / OUT | PM / AM | 4:00 2:00 | (10) |
| 4:15 1:30 (9.25) | 7th DAY | IN / OUT | NOON / PM | 3:30 1:30 | (10) |
| 4:15 (9.25) | | | | | |

Reg. Hrs. ___ Rate ___ Amount
Extra Hrs. ___ Rate ___ Amount
Fed. Old Age Ben. ___
Fed. Withholding Tax ___
State Withholding Tax ___
Insurance ___
Government Bonds ___
Miscellaneous ___
Total ___
Net Wages ___

TOTAL "OUT" REGISTRATIONS 46
TOTAL "IN" REGISTRATIONS 4:00 1:30 (9.5)
"OUT" minus "IN" = NET TIME 〈58〉 48.5

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

OfficeMax — To reorder visit a store, call 1-877-OFFICEMAX or go online www.officemax.com

NAME Daniel

NO. 6/10 – 6/16 DATE

Extra or Lost Time | Regular Time

| Extra or Lost Time | Day | | | Regular Time | |
|---|---|---|---|---|---|
| M 4.15 / 1.30 | 1st DAY | IN / OUT / IN / OUT | AM / NOON / PM | M 4.15 / 1.30 | 9.25 |
| M 4.15 / 1.30 | 2nd DAY | IN / OUT / IN / OUT | AM / NOON / PM | M 4.15 / 1.30 | 9.25 |
| J 4.15 / 1.30 | | | | J 4.15 / 1.30 | 9.25 |
| V 4.15 / 1.30 | 3rd DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.15 / 2.15 | 10 |
| S 4.15 / 1.45 | | | | S 3.30 / 1.30 | 10 |
| 4.15 / 1.30 | 4th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.15 / 1.30 | 9.25 |
| | 5th DAY | IN / OUT / IN / OUT | AM / NOON / PM | M 4.15 / 1.30 | 9.25 |
| | 6th DAY | IN / OUT / IN / OUT | AM / NOON / PM | M 4.00 / 1.30 | 9.5 |
| | | | | 4.00 / 1.30 | 9.5 |
| | 7th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1.30 | 9.5 |
| | | | | 4.00 / 1.30 | 9.5 |
| | | | | 4.15 / 1.30 | 9.25 |

<57>

Reg. Hrs. / Extra Hrs. / Fed. Old Age Benefits / Fed. Withholding Tax / State Withholding Tax / Insurance / Government Bonds / Miscellaneous — Rate — Amount — Total — Net Wages

TOTAL "OUT" REGISTRATIONS

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME

57

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 120THS OF HR.

OfficeMax To reorder visit a store, call 1.877.OFFICEMAX or go online www.officemax.com

---

NAME Daniel

NO. 7/17 DATE 7/8 – 7/14

Extra or Lost Time | Regular Time

| Extra or Lost Time | | Day | | | Regular Time | |
|---|---|---|---|---|---|---|
| M 4.00 / 1.30 | 9.5 | 1st DAY | IN / OUT / IN / OUT | AM / NOON / PM | M 4.00 / 1.30 | 9.5 |
| M 4.00 / 1.30 | 9.5 | | | | M 4.00 / 1.30 | 9.5 |
| V 4.00 / 1.30 | 9.5 | 2nd DAY | IN / OUT / IN / OUT | AM / NOON / PM | J 4.00 / 1.30 | 9.5 |
| S 4.00 / 1.30 | 9.5 | 3rd DAY | IN / OUT / IN / OUT | AM / NOON / PM | V 4.00 / 1.30 | 9.5 |
| S 4.00 / 1.30 | 9.5 | | | | S 4.00 / 1.45 | 9.75 |
| <47.5> | | 4th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1.30 | 9.5 |
| M 4.00 / 1.30 | 9.5 | | | | <28.25> / 57 | |
| M | 9 | 5th DAY | IN / OUT / IN / OUT | AM / NOON / PM | M 4.00 / 1.30 | 9.5 |
| J 4.30 | 9.5 | 6th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1.30 | 9.5 |
| V 4.00 | 10 | | | | J 4.00 / 1.30 | 9.5 |
| S 3.30 / 1.30 | 10 | 7th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1.45 | 9.75 |
| 4.00 / 1.30 | 9.25 | | | | S 4.00 / 1.30 | 9.5 |

Reg. Hrs. / Extra Hrs. / Fed. Old Age Benefits / Fed. Withholding Tax / State Withholding Tax / Insurance / Government Bonds / Miscellaneous — Rate — Amount — Total — Net Wages

TOTAL "OUT" REGISTRATIONS 4.00 / 1.30 9.5

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME 57.75

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 120THS OF HR.

OfficeMax To reorder visit a store, call 1.877.OFFICEMAX or go online www.officemax.com

<57.25>

NAME Daniel

NO. DATE

Extra or Lost Time | Regular Time

1st DAY IN OUT IN OUT
2nd DAY IN OUT IN OUT
3rd DAY IN OUT IN OUT
4th DAY IN OUT IN OUT
5th DAY IN OUT IN OUT
6th DAY IN OUT IN OUT
7th DAY IN OUT IN OUT

AM NOON PM

Reg. Hrs. Rate
Extra Hrs. Rate
Fed. Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Amount
Total
Net Wages

TOTAL "OUT" REGISTRATIONS
TOTAL "IN" REGISTRATIONS
"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 adams

NAME Daniel

NO. DATE

Extra or Lost Time | Regular Time

1st DAY IN OUT IN OUT
2nd DAY IN OUT IN OUT
3rd DAY IN OUT IN OUT
4th DAY IN OUT IN OUT
5th DAY IN OUT IN OUT
6th DAY IN OUT IN OUT
7th DAY IN OUT IN OUT

AM NOON PM

Reg. Hrs. Rate
Extra Hrs. Rate
Fed. Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Amount
Total
Net Wages

TOTAL "OUT" REGISTRATIONS
TOTAL "IN" REGISTRATIONS
"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 adams

NAME Daniel

NO. DATE

Extra or Lost Time | Regular Time

TOTAL "OUT" REGISTRATIONS

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 adams

NAME Daniel

NO. DATE

Extra or Lost Time | Regular Time

TOTAL "OUT" REGISTRATIONS

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 adams

NAME ____________

NO. ______ DATE ______

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| | 1st DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 2nd DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 3rd DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 4th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 5th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 6th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 7th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |

Reg. Hrs. ____ Rate ____ Amount ____
Extra Hrs. ____ Rate ____ Amount ____ Total ____

DEDUCTIONS
Fed. Old Age Ben. ____
Fed. Withholding Tax ____
State Withholding Tax ____
Insurance ____
Government Bonds ____
Miscellaneous ____ Total ____
Net Wages ____

TOTAL "OUT" REGISTRATIONS

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 adams

---

NAME *Daniel*

NO. ______ DATE *3/10/16*

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| *M 4:00* | 1st DAY | IN | AM | *4.00* |
| *1.30 (9.5)* | | OUT | NOON | *1.30 (9.5)* |
| *M 4:00* | | IN | | *4.00* |
| *1.30 (9.5)* | | OUT | PM | *1.30 (9.5)* |
| *J 4.00* | 2nd DAY | IN | AM | |
| *1.30 (9.5)* | | OUT | NOON | *4.00* |
| *V 4.00* | | IN | | *1.45 (9.25)* |
| *1.45 (9.75)* | | OUT | PM | *4.00* |
| *S 4.00* | 3rd DAY | IN | AM | *4.00 (10)* |
| *1.30 (9.5)* | | OUT | NOON | |
| *4.00* | | IN | | *4.00* |
| *1.30 (9.5)* | | OUT | PM | *1.45 (9.75)* |
| *3/17* | 4th DAY | IN | AM | |
| *M 4.00* | | OUT | NOON | *4.00* |
| *2.00* | | IN | | *1.30 (9.5)* |
| *M 4.00* | | OUT | PM | *(58)* |
| *J 4.00* | 5th DAY | IN | AM | |
| *1.30 (9.5)* | | OUT | NOON | |
| *V 4.00* | | IN | | |
| *2.00 (10)* | | OUT | PM | |
| *3.30* | 6th DAY | IN | AM | |
| *1.50 (10)* | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 7th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |

Reg. Hrs. ____ Rate ____ Amount ____
Extra Hrs. ____ Rate ____ Amount ____ Total ____

DEDUCTIONS
Fed. Old Age Ben. ____
Fed. Withholding Tax ____
State Withholding Tax ____
Insurance ____
Government Bonds ____
Miscellaneous ____ Total ____
Net Wages ____

TOTAL "OUT" REGISTRATIONS

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 adams

NAME *Daniel*

NO. ________ DATE *2/16*

| Extra or Lost Time | | Regular Time |
|---|---|---|
| *m 4.00 / 1:30 — 9.5* | 1st DAY — IN AM / OUT NOON / IN / OUT PM | *m 4.00 / 1:30 — 9.5* |
| *m 4.00 / 1:30 — 9.5* | | *m 4.00 / 1:30 — 9.5* |
| *J 4.00 / 1:30 — 9.5* | 2nd DAY — IN AM / OUT NOON / IN / OUT PM | *J 4.00 / 1:30 — 9.5* |
| *V 4.00 / 1:45 — 9.75* | 3rd DAY — IN AM / OUT NOON / IN / OUT PM | *V 4.00 / 2.15 — 10.25* |
| *S 4.00 / 2.00 — 10* | | *S 3.30 / 1.45 — 10.25* |
| *(4.00 / 1:30) 9.5* | 4th DAY — IN AM / OUT NOON / IN / OUT PM | *(49.5)* |
| *(57.25)* | | *m 4.00 / 1:30 — 9.5* |
| *3/1-8* | 5th DAY — IN AM / OUT NOON / IN / OUT PM | *m 4.00 / 1:45 — 9.75* |
| *M 4.00* | 6th DAY — IN AM / OUT NOON / IN / OUT PM | *4.00 / 1:30 — 9.5* |
| | | *4.00 / 1:45 — 9.75* |
| *V 4.00 / 1:30 — 9.5* | 7th DAY — IN AM / OUT NOON / IN / OUT PM | *4.00 / 1:45 — 9.75* |
| *S 4:00 / 1:30 — 9.5* | | *(48.25)* |

Reg. Hrs. ___ Rate ___ Amount ___
Extra Hrs. ___ Rate ___ Amount ___
Total ___
Fed. Old Age Ben. ___
Fed. Withholding Tax ___
State Withholding Tax ___
Insurance ___
Government Bonds ___
Miscellaneous ___
Total ___
Net Wages ___

TOTAL "OUT" REGISTRATIONS *(49.25)*

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 Adams

NAME *Daniel*

NO. *3/9-15* DATE *3/16*

| Extra or Lost Time | | Regular Time |
|---|---|---|
| *m 4.00 / 13.0 — 9.5* | 1st DAY — IN AM / OUT NOON / IN / OUT PM | *M 4.00 / 1:30 — 9.5* |
| *m 4.00 / 1:30 — 9.5* | | *M 4.00 / 1:45 — 9.75* |
| *J 4.00 / 1:45 — 9.75* | 2nd DAY — IN AM / OUT NOON / IN / OUT PM | *J 4.00 / 1:30 — 9.5* |
| *V 4.00 / 1:55 — 9.75* | 3rd DAY — IN AM / OUT NOON / IN / OUT PM | *V 4.00 / 2.15 — 10.25* |
| *S 4.00 / 2.00 — 10* | | *S 3.30 / 1.40 — 10.25* |
| *(48.25)* | 4th DAY — IN AM / OUT NOON / IN / OUT PM | *(49.25)* |
| *m 4:00 / 1:30 — 9.5* | 5th DAY — IN AM / OUT NOON / IN / OUT PM | *3/30 M 4.00 / 1:45 — 9.75* |
| | | *M 4.00 / 1:30 — 9* |
| *4.00 / 1:30 — 9.5* | 6th DAY — IN AM / OUT NOON / IN / OUT PM | *4.00 / 2.00 — 10* |
| *4.00 / 1:30 — 9.5* | 7th DAY — IN AM / OUT NOON / IN / OUT PM | *4.00 / 2.00 — 10* |
| *S 4.00 / 1:45 — 9.75* | | *4.00 / 1:40 — 9.5* |

Reg. Hrs. ___ Rate ___ Amount ___
Extra Hrs. ___ Rate ___ Amount ___
Total ___
Fed. Old Age Ben. ___
Fed. Withholding Tax ___
State Withholding Tax ___
Insurance ___
Government Bonds ___
Miscellaneous ___
Total ___
Net Wages ___

TOTAL "OUT" REGISTRATIONS *(48.25)*

TOTAL "IN" REGISTRATIONS *(48.25)*

"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 Adams

NAME *Daniel*

NO. *2/15 – 12/21* DATE

| Extra or Lost Time | | | | Regular Time |
|---|---|---|---|---|
| M 4.00 / 130 (9.5) | 1st DAY | IN / OUT | AM / NOON | 4.00 / 2.00 (10) |
| M 4.00 / 130 (9.5) | | IN / OUT | NOON / PM | 4.00 / 2.00 (10) |
| J 4.00 / 130 (9.5) | 2nd DAY | IN / OUT | AM / NOON | 4.00 / 2.00 (10) |
| V 4.00 / 2.00 (10) | 3rd DAY | IN / OUT | AM / NOON | 4.00 / 2.00 (10) |
| S 3.30 / 2.00 (10.5) | | IN / OUT | NOON / PM | S 4.00 / 145 (9.75) |
| 4.00 / 2.00 (10) | 4th DAY | IN / OUT | AM / NOON | 5.00 / 1.30 (8.5) |
| 59 | | | | 58.25 |
| | 5th DAY | IN / OUT | AM / NOON | M 4.00 / 2.00 (10) |
| | 6th DAY | IN / OUT | AM / NOON | M 4.00 / 2.30 (10.5) |
| J 4.00 / 1.45 (9.75) | | IN / OUT | NOON / PM | 5.00 / 130 (8.5) |
| V 4.00 / 1.45 (9.75) | 7th DAY | IN / OUT | AM / NOON | 4.00 / 2.15 (10.25) |
| | | | PM | S 4.00 / 2.00 (10) |

Regular Hrs. ...... Rate ...... Amount
Extra Hrs. ...... Rate ...... Amount
Total
Fed. Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Total
Net Wages

TOTAL "OUT" REGISTRATIONS
TOTAL "IN" REGISTRATIONS (9.5)
"OUT" minus "IN" = NET TIME 58.75

*58.25*

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.
9675

---

NAME *Daniel*

NO. DATE *1/18/25*

| Extra or Lost Time | | | | Regular Time |
|---|---|---|---|---|
| M 4.00 / 130 (9.5) | 1st DAY | IN / OUT | AM / NOON | 4.00 / 130 (9.5) |
| M 4.00 / 145 (9.75) | | IN / OUT | NOON / PM | M 4.00 / 130 (9.5) |
| J 4.00 / 145 (9.75) | 2nd DAY | IN / OUT | AM / NOON | J 4.00 / 130 (9.5) |
| V 4.00 / 2.00 (10) | 3rd DAY | IN / OUT | AM / NOON | V 4.00 / 130 (9.5) |
| S 3.30 / 1.45 (10.25) | | IN / OUT | NOON / PM | S 4.00 / 130 (9.5) |
| 4.00 / 1.30 (9.5) | 4th DAY | IN / OUT | AM / NOON | 4.00 / 1.30 (9.5) |
| 58.25 | | | PM | 57 |
| | 5th DAY | IN / OUT | AM / NOON | M 4.00 / 130 (9.5) |
| | 6th DAY | IN / OUT | AM / NOON | 4.00 / 135 (9.5) |
| 4.00 / 130 (9.5) | | IN / OUT | NOON / PM | V 4.00 / 135 (9.5) |
| 4.00 / 1.45 (9.75) | 7th DAY | IN / OUT | AM / NOON | 4.00 / 145 (9.75) |
| | | | PM | 4.00 / 1.45 (9.75) |

Regular Hrs. ...... Rate ...... Amount
Extra Hrs. ...... Rate ...... Amount
Total
Fed. Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Total
Net Wages

TOTAL "OUT" REGISTRATIONS
TOTAL "IN" REGISTRATIONS
"OUT" minus "IN" = NET TIME 4.00 / 1.30 (9.5)

*57.25*

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.
9675

NAME *Daniel*

NO. [illegible] DATE *9/8 9/17*

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| m 4.00 / 130 (9.5) | 1st DAY | IN / OUT / IN | AM / NOON | 4.00 / 30 (9.5) |
| m 4.00 / 130 (9.5) | | OUT / IN | PM / AM | 4.00 / 130 (9.5) |
| 4.00 / 130 (9.5) | 2nd DAY | OUT / IN / OUT | NOON / PM | 4.00 / 130 (9.5) |
| 4.00 / 130 (9.5) | 3rd DAY | IN / OUT / IN | AM / NOON | 4.00 / 145 (9.75) |
| s 4.00 / 145 (9.75) | | OUT / IN | PM / AM | 4.00 / 145 (9.75) |
| 4.00 / 130 (9.5) | 4th DAY | OUT / IN | NOON | 4.00 / 130 (9.5) |
| (57.25) | | OUT | PM | (57.5) |
| | 5th DAY | IN / OUT / IN | AM / NOON | m 4.00 / 130 (9.5) |
| m 4 / 130 (9.5) | | OUT / IN | PM / AM | m 4.00 / 130 (9.5) |
| 4.00 / 130 (9.5) | 6th DAY | OUT / IN / OUT | NOON / PM | 4.00 / 130 (9.5) |
| 4.00 / 145 (9.75) | 7th DAY | IN / OUT / IN | AM / NOON | 4.00 / 145 (9.75) |
| 4.00 / 145 (9.75) | | OUT | PM | 3.30 (10.5) |

Reg. Hrs. ___ Rate ___ Amount ___
Extra Hrs. ___ Rate ___ Amount ___
Total ___
DEDUCTIONS
Fed. Old Age Ben. ___
Fed. Withholding Tax ___
State Withholding ___
Insurance ___
Government Bonds ___
Miscellaneous ___
Net Wages ___

TOTAL "OUT" REGISTRATIONS
TOTAL "IN" REGISTRATIONS 130
"OUT" minus "IN" = NET TIME (9.5)
57.25 58 130

NOTE: REGISTRATIONS MUST BE 1/3 HRS. AND 10THS OR 100THS OF HR.
9575 adams

NAME *Daniel*

NO. ________ DATE ________

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| m 4.00 / 130 (9.5) | 1st DAY | IN / OUT / IN | AM / NOON | 4.00 / 130 (9.5) |
| m 4.00 / 130 (9.5) | | OUT / IN | PM / AM | m 4.00 / 130 (9.5) |
| 4.00 / 130 (9.5) | 2nd DAY | OUT / IN / OUT | NOON / PM | 4.00 / 130 (9.5) |
| v 4.00 / 145 (9.75) | 3rd DAY | IN / OUT / IN | AM / NOON | 4.00 / 145 (9.75) |
| s 4.00 / 145 (9.75) | | OUT / IN | PM / AM | 4.00 / 130 (9.5) |
| 9.75 | 4th DAY | OUT / IN | NOON | 4.00 / 130 (9.5) |
| 57.75 | | OUT | PM | (57) |
| m 4.00 (9.5) | 5th DAY | IN / OUT / IN | AM / NOON | 4.00 / 130 (9.5) |
| | | OUT / IN | PM / AM | 4.00 / 130 (9.5) |
| 4.00 / 130 | 6th DAY | OUT / IN / OUT | NOON / PM | 4.00 / 130 (9.5) |
| 4.00 / 2.15 (10.25) | 7th DAY | IN / OUT / IN | AM / NOON | 4.00 / 145 (9.75) |
| 3.30 (10.25) | | OUT | PM | |

Reg. Hrs. ___ Rate ___ Amount ___
Extra Hrs. ___ Rate ___ Amount ___
Total ___
DEDUCTIONS
Fed. Old Age Benefit ___
Fed. Withholding Tax ___
State Withholding Tax ___
Insurance ___
Government Bonds ___
Miscellaneous ___
Net Wages ___

TOTAL "OUT" REGISTRATIONS 4.00 (9.5)
TOTAL "IN" REGISTRATIONS 130
"OUT" minus "IN" = NET TIME 57.25

NOTE: REGISTRATIONS MUST BE 1/3 HRS. AND 10THS OR 100THS OF HR.
9575 adams 58.5

NAME Daniel

NO. 6/6 – 6/15 DATE 6/16 – 22

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| m 4.00 / 1:30 (9.5) | 1st DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1:30 (9.5) |
| m 4.00 / 1:30 (9.5) | | | | m 4.00 / 1:30 (9.5) |
| j 4.00 / 1:30 (9.5) | 2nd DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1:45 (9.75) |
| v 4.00 / 1:45 (9.75) | | | | 4.00 / 4.00 (10) |
| 4:00 / 1:30 (9.5) | 3rd DAY | IN / OUT / IN / OUT | AM / NOON / PM | 3:30 / 1:45 (11.25) |
| 4:00 / 1:30 (9.5) | 4th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4:00 / 1:30 (9.5) |
| <57.25> | | | | <59.5> |
| | 5th DAY | IN / OUT / IN / OUT | AM / NOON / PM | m 4.00 / 1:45 (9.75); 4.00 / 1:30 (9.5) |
| | 6th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1:30 (9.5) |
| | 7th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1:45 (9.75); 4.00 / 1:45 (9.75) |

Reg. Hrs. ___ Rate ___ Amount ___
Extra Hrs. ___ Rate ___ Amount ___
Total

DEDUCTIONS
Fed. Old Age Ben. ...
Fed. Withholding Tax ...
State Withholding Tax ...
Insurance ...
Government Bonds ...
Miscellaneous ...
Total
Net Wages

TOTAL "OUT" REGISTRATIONS
TOTAL "IN" REGISTRATIONS 58
"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.
9675 Adams

NAME Daniel

NO. 5/12 – 18 DATE 5/19 – 25

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| m 4.00 / 1.30 (9.5) | 1st DAY | IN / OUT / IN / OUT | AM / NOON / PM | m 4.00 / 1.30 (9.5) |
| m 4.00 / 1.30 (9.5) | | | | m 4.00 / 1.30 (9.5) |
| j 4.00 / 1.45 (9.25) | 2nd DAY | IN / OUT / IN / OUT | AM / NOON / PM | j 4.00 / 1.30 (9.5) |
| v 4.00 / 2.15 (10.25) | | | | v 4.00 / 1.45 (9.75) |
| s 3.30 / 1.45 (10.25) | 3rd DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1.45 (9.75) |
| 4:00 / 1:30 (9.5) | 4th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4:00 / 1:30 (9.5) |
| <58.25> | | | | <57.5> |
| 6/5 – 6/8 | | | | |
| m 4.00 / 1:30 (9.75) | 5th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1.30 (9.5); m 4.00 / 1.30 (9.5) |
| 4.00 / 1:30 (9.5) | 6th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4:00 / 1.30 (9.5) |
| 4:00 / 1:45 (9.5); 4:00 / 1:30 (9.5) | 7th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 1.45 (9.75); 4.00 / 1.45 (9.75) |

Reg. Hrs. ___ Rate ___ Amount ___
Extra Hrs. ___ Rate ___ Amount ___
Total

DEDUCTIONS
Fed. Old Age Ben. ...
Fed. Withholding Tax ...
State Withholding Tax ...
Insurance ...
Government Bonds ...
Miscellaneous ...
Total
Net Wages

TOTAL "OUT" REGISTRATIONS 9.75
TOTAL "IN" REGISTRATIONS 57.75
"OUT" minus "IN" = NET TIME 57.25

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.
9675 Adams

NAME *Daniel*

NO. ________ DATE *8/3/10*

| Extra or Lost Time | | | | Regular Time |
|---|---|---|---|---|
| *M 4.00 1.30 (9.5)* | 1st DAY | IN / OUT | AM / NOON | *4.00 130 (9.5)* |
| *M 4.00 1.30 (9.5)* | | IN / OUT | NOON / PM | *4.00 130 (9.5)* |
| *J 4.00 1.30 (9.5)* | 2nd DAY | IN / OUT | AM / NOON | *4.00 1.45 (9.75)* |
| *V 4.00 1.45 (9.75)* | 3rd DAY | IN / OUT | AM / NOON | *4.00 145 (9.75)* |
| *S 4.00 2.00 (10)* | | OUT | PM | |
| *(9.5)* | 4th DAY | IN / OUT | AM / NOON | *4.00 130 (9.5)* |
| *57.75* | | IN / OUT | NOON / PM | *200 (9.5)* |
| | 5th DAY | IN / OUT | AM / NOON | *<57.5>* |
| *M 4.00 1.30 (9.5)* | 6th DAY | IN / OUT | PM / AM | *8/24 4.00 130 (9.5)* |
| *4.00 1.30* | | IN / OUT | NOON / PM | *4.00 130 (9.5)* |
| *V 4.00 2.00 (10)* | 7th DAY | IN / OUT | AM / NOON | *4.00 30 (9.5)* |
| *S 330 (10)* | | IN / OUT | NOON / PM | *4.00 130 (9.5)* |

Rec. Hrs. / Extra Hrs. / Rate / Amount / Fed. Old Age Ben. / Fed. Withholding Tax / State Withholding Tax / Insurance / Government Bonds / Miscellaneous / Total / Net Wages

TOTAL "OUT" REGISTRATIONS *4.00*

TOTAL "IN" REGISTRATIONS *145 (9.75)*

"OUT" minus "IN" = NET TIME *(58.75)*

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675

---

NAME *Daniel*

NO. ________ DATE *7/7/13*

| Extra or Lost Time | | | | Regular Time |
|---|---|---|---|---|
| *6/30 7/6* | | | | |
| *M 4.00 1.30 (9.5)* | 1st DAY | IN / OUT | AM / NOON | *4.00 130 (9.5)* |
| *M 4.00 1.30 (9.5)* | | IN / OUT | NOON / PM | *4.00 1.30 (9.5)* |
| *J 4.00 2.00 (10)* | 2nd DAY | IN / OUT | AM / NOON | *4.00 130 (9.5)* |
| *S 4.00 1.45 (9.75)* | | IN / OUT | NOON / PM | *4.00 130 (9.5)* |
| *4.00 1.30 (9.5)* | 3rd DAY | IN / OUT | AM / NOON | *4.00 145 (9.75)* |
| *<48.25>* | 4th DAY | IN / OUT | AM / NOON | *4.00 130 (9.5)* |
| *7/14-20 M 4.00 130 (9.5)* | | OUT | PM | *<57.25>* |
| *M 4.00 1.30 (9.5)* | 5th DAY | IN / OUT | AM / NOON | *7/21-27 M 4.00 130 (9.5)* |
| *J 4.00 1.30 (9.5)* | 6th DAY | IN / OUT | AM / NOON | *4.00 130 (9.5)* |
| *V 4.00 2.00 (10)* | | IN / OUT | NOON / PM | *4.00 145 (9.75)* |
| *S 330 145 (10)* | 7th DAY | IN / OUT | AM / NOON | *4.00 145 (9.75)* |
| | | IN / OUT | NOON / PM | *4.00 1.45 (9.75)* |

Reg. Hrs. / Extra Hrs. / Rate / Amount / Fed. Old Age Ben. / Fed. Withholding Tax / State Withholding Tax / Insurance / Government Bonds / Miscellaneous / Total / Net Wages

TOTAL "OUT" REGISTRATIONS *4.00*

TOTAL "IN" REGISTRATIONS *1.30 (9.5)*

"OUT" minus "IN" = NET TIME *<57.25>* *(58.25)*

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675

NAME *Daniel*

NO. DATE *3/24 – 3/31*

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| *M 4.00* | 1st DAY | IN | AM | *4.00* |
| *130 (9.5)* | | OUT | NOON | *130 (9.5)* |
| | | IN | | |
| *M 4.00 (9.5)* | | OUT | PM | *4.00* |
| *130* | 2nd DAY | IN | AM | *1.30 (9.5)* |
| *J 4.00 (9.75)* | | OUT | NOON | *4.00* |
| *1.45* | | IN | | *1.30 (9.5)* |
| *V 4.00* | | OUT | PM | *4.00* |
| *145 (9.75)* | 3rd DAY | IN | AM | *1.30 (9.5)* |
| | | OUT | NOON | |
| *S 4.00* | | IN | | *4.00 (9.75)* |
| *1.30 (9.5)* | | OUT | PM | *1.45* |
| *4:00* | 4th DAY | IN | AM | *4:00* |
| *1:30 (9.5)* | | OUT | NOON | *1:30 (9.5)* |
| | | IN | | *<57.25>* |
| *<57.5>* | | OUT | PM | |
| *M 4.00* | 5th DAY | IN | AM | *4.00* |
| *1.30 (9.5)* | | OUT | NOON | *1.30 (9.5)* |
| | | IN | | *M 4.00* |
| | | OUT | PM | *1.40 (9.75)* |
| *V 4.00* | 6th DAY | IN | AM | *4.00* |
| *1.30* | | OUT | NOON | *145 (9.75)* |
| | | IN | | |
| | | OUT | PM | *4.00 (10.25)* |
| *4.00 (9.75)* | 7th DAY | IN | AM | *9.15* |
| *145* | | OUT | NOON | *330* |
| *S 4.00* | | IN | | *1.45 (10.25)* |
| *1.45 (9.75)* | | OUT | PM | |

Reg. Hrs. / Extra Hrs. / Rate / Amount / Fed. Old Age Ben. / Fed. Withholding Tax / State Withholding Tax / Insurance / Government Bonds / Miscellaneous / Total / Net Wages

TOTAL "OUT" REGISTRATIONS *4:00 (9.5)*

TOTAL "IN" REGISTRATIONS *1:30*

"OUT" minus "IN" = NET TIME *<59>*

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 Adams

---

NAME *Daniel*

NO. DATE *4/21 – 4/27*

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| *M 4.00* | 1st DAY | IN | AM | *4.00* |
| *145 (9.75)* | | OUT | NOON | *1.30 (9.5)* |
| | | IN | | |
| *M 4.00* | | OUT | PM | *M 4.00* |
| *145 (9.75)* | 2nd DAY | IN | AM | *1.30 (9.5)* |
| *J 4.00 (9.75)* | | OUT | NOON | *4.00* |
| *1.45* | | IN | | *1.30 (9.5)* |
| *4.00* | | OUT | PM | *4.00* |
| *V 145 (9.75)* | 3rd DAY | IN | AM | *2.00 (10)* |
| | | OUT | NOON | |
| *S 4.00* | | IN | | *4.00* |
| *1.45 (9.75)* | | OUT | PM | *2.00 (10)* |
| *4:00* | 4th DAY | IN | AM | *4:00* |
| *1:30 (9.5)* | | OUT | NOON | *1:30 (9.5)* |
| *<58.25>* | | IN | | *<58>* |
| | | OUT | PM | |
| *M 4.00 (9.5)* | 5th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| *J 4.00* | 6th DAY | IN | AM | |
| *1.30 (9.5)* | | OUT | NOON | |
| | | IN | | |
| *V 4.00* | | OUT | PM | |
| *1.45 (9.75)* | 7th DAY | IN | AM | |
| *S 4.00* | | OUT | NOON | |
| *1.40 (9.75)* | | IN | | |
| | | OUT | PM | |

Reg. Hrs. / Extra Hrs. / Rate / Amount / Fed. Old Age Ben. / Fed. Withholding Tax / State Withholding Tax / Insurance / Government Bonds / Miscellaneous / Total / Net Wages

TOTAL "OUT" REGISTRATIONS *4:00*

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME *<57.5>*

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

9675 Adams

NAME Daniel

NO. DATE

Extra or Lost Time | Regular Time

1st DAY IN AM OUT NOON IN OUT PM

2nd DAY IN AM OUT NOON IN OUT PM

3rd DAY IN AM OUT NOON IN OUT PM

4th DAY IN AM OUT NOON IN OUT PM

5th DAY IN AM OUT NOON IN OUT PM

6th DAY IN AM OUT NOON IN OUT PM

7th DAY IN AM OUT NOON IN OUT PM

Reg. Hrs. Rate Amount
Extra Hrs. Rate Amount
Total
Fed. Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Total
Net Wages

TOTAL "OUT" REGISTRATIONS

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

5675

<48.5> <48> <57> <57.25>

NAME Daniel

NO. DATE

Extra or Lost Time | Regular Time

1st DAY IN AM OUT NOON IN OUT PM

2nd DAY IN AM OUT NOON IN OUT PM

3rd DAY IN AM OUT NOON IN OUT PM

4th DAY IN AM OUT NOON IN OUT PM

5th DAY IN AM OUT NOON IN OUT PM

6th DAY IN AM OUT NOON IN OUT PM

7th DAY IN AM OUT NOON IN OUT PM

Reg. Hrs. Rate Amount
Extra Hrs. Rate Amount
Total
Fed. Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Total
Net Wages

TOTAL "OUT" REGISTRATIONS <47.25>

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.

5675

<57.5> 57.75 <57>

NAME

NO. DATE

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| L 4.25 / 130 (9) | 1st DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4 25 / 1.35 (9) / 4.00 / M 145 (9.5) |
| M 4.00 / 140 (9.75) | 2nd DAY | IN / OUT / IN / OUT | AM / NOON / PM | M 4.00 / 130 (9.5) / J 4.00 (9.5) / 130 |
| M 4.00 / 130 (9.5) | 3rd DAY | IN / OUT / IN / OUT | AM / NOON / PM | V 4.00 / 2.15 (10.25) |
| J 4.00 / 135 (9.5) | 4th DAY | IN / OUT / IN / OUT | AM / NOON / PM | S 5.30 / 130 (10) / 58 |
| V 4.00 / 130 (9.5) | 5th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.40 / 1.30 8.75 / 4 45 |
| S 4.00 (9.75) / 150 | 6th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 1.30 8.75 / M 4.00 / 145 9.75 |
| 59 | 7th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 9.75 / 145 / 4.00 9.75 |

Reg. Hrs. ... Rate ... Amount
Extra Hrs. ... Rate ... Amount
Federal Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Total
Net Wages

L 4 18 (9.5) / M 4 135 (9.5) / M 4.00 145 (9.75) / J 4.00 145 (9.75) / V 4.01 (9.75)

TOTAL "OUT" REGISTRATIONS 1 45

TOTAL "IN" REGISTRATIONS 4.00 9.5

"OUT" minus "IN" = NET TIME 1 30

NOTE: REGISTRATIONS MUST BE 0.25 HRS. (1/4) OR 1/10THS OR 1/100THS OF HR.

8575

58 — 56.25

NAME Daniel

NO. DATE

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| L 4.30 / 130 (9) | 1st DAY | IN / OUT / IN / OUT | AM / NOON / PM | L 4-30 / 1.35 (9) / M 4.00 / 130 (9.5) |
| M 4.30 / 130 (9) | 2nd DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 130 (9.5) |
| M 400 / 130 (9.5) | 3rd DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 135 (9.5) / 4.00 / 130 (9.5) |
| J 4.00 / 130 (9.5) | 4th DAY | IN / OUT / IN / OUT | AM / NOON / PM | S 4.00 / 135 (9.5) |
| V 4.00 (9.5) / 130 | 5th DAY | IN / OUT / IN / OUT | AM / NOON / PM | — 56.5 — / 4.30 / 1.35 (9) |
| S 4.00 / 130 (9.5) / 56 | 6th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 4.00 / 135 (9.5) / 4.00 (9.5) |
| | 7th DAY | IN / OUT / IN / OUT | AM / NOON / PM | 135 / 4.00 / 2.00 (10) |

Reg. Hrs. ... Rate ... Amount
Extra Hrs. ... Rate ... Amount
Federal Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Total
Net Wages

L 4.30 / M 4 135 / M 4.00 130 / J 4.00 145 / 38.25

TOTAL "OUT" REGISTRATIONS 3.30 (10.25)

TOTAL "IN" REGISTRATIONS 1.45

"OUT" minus "IN" = NET TIME 4.00

NOTE: REGISTRATIONS MUST BE 0.25 HRS. AND 10THS OR 100THS OF HR.

8575

57.75 1.30 (9)

2

NAME Daniel

NO. 4/1-12 DATE 4/3/9

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| 4.15 | 1st DAY | IN | AM | 4.45 |
| 1.30 9.25 | | OUT | NOON | 1.50 9. |
| | | IN | | |
| 4.00 | | OUT | PM | 4.30 |
| 1.30 9.5 | 2nd DAY | IN | AM | 1.30 9. |
| | | OUT | NOON | |
| 4.00 | | IN | | 4.00 |
| 1.30 9.5 | | OUT | PM | 1.30 9.5 |
| 4.00 9.5 | 3rd DAY | IN | AM | |
| 1.30 | | OUT | NOON | 4.00 9.5 |
| | | IN | | 1.30 |
| 4.00 9.5 | | OUT | PM | 4.00 |
| 1.30 | 4th DAY | IN | AM | 2.00 10. |
| (47.25) | | OUT | NOON | |
| | | IN | | 3.30 |
| 4.30 | | OUT | PM | 1.45 10.25 |
| | 5th DAY | IN | AM | (57.25) |
| | | OUT | NOON | 4.25 |
| | | IN | | 1.30 9 |
| | | OUT | PM | |
| 4.00 | 6th DAY | IN | AM | 4.00 9.5 |
| 1.30 | | OUT | NOON | 1.30 |
| | | IN | | 4.00 9.5 |
| 4.00 | | OUT | PM | 1.30 |
| 1.30 | 7th DAY | IN | AM | |
| 4.00 | | OUT | NOON | 4.00 9.5 |
| 1.50 9.75 | | IN | | 1.30 |
| | | OUT | PM | |

Reg. Hrs. ____ Rate ____ Amount
Extra Hrs. ____ Rate ____ Amount
Fed. Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Total
Net Wages

TOTAL "OUT" REGISTRATIONS 4.00 9.5 1.35

TOTAL "IN" REGISTRATIONS 56.5

"OUT" minus "IN" = NET TIME 4.00 9.5 1.30

NOTE: REGISTRATIONS MUST BE 0.00 HRS. AND 10THS OR 100THS OF HR.

9575

NAME

NO. DATE

| Extra or Lost Time | Day | | | Regular Time |
|---|---|---|---|---|
| | 1st DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 2nd DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 3rd DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 4th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 5th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 6th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |
| | 7th DAY | IN | AM | |
| | | OUT | NOON | |
| | | IN | | |
| | | OUT | PM | |

Reg. Hrs. ____ Rate ____ Amount
Extra Hrs. ____ Rate ____ Amount
Fed. Old Age Ben.
Fed. Withholding Tax
State Withholding Tax
Insurance
Government Bonds
Miscellaneous
Total
Net Wages

TOTAL "OUT" REGISTRATIONS

TOTAL "IN" REGISTRATIONS

"OUT" minus "IN" = NET TIME

NOTE: REGISTRATIONS MUST BE 0.00 HRS. AND 10THS OR 100THS OF HR.

9575