UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22882-CIV-SCOLA

DANIEL VALDERRABANO TORRES, and )
Others similarly situated under 29 U.S.C. )
216(b), )
 )
        Plaintiff, )
 )
v. )
 )
ROCK & RIVER FOOD, INC. d/b/a Marumi )
Sushi, and TERUHIKO IWASAKI, )
 )
        Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiffs, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. Rule 56 and SDLR 7.5, file their Statement of Material Facts in support of their Motion for Partial Summary Judgment as follows:

1. Plaintiff worked for Defendants as a sushi chef and his job duties included making sushi in the Marumi Sushi restaurant, located in Plantation, FL. Torres Depo. Trans. P.37, L.2-6. Teruhiko Depo. Trans. P.32, L.21-25, P.33, L.1.

2. Plaintiff was paid by cash by Defendants. Teruhiko Depo. Trans. P.35, L.13-15.

3. Plaintiff was hired by the Defendant Teruhiko Iwasaki. Teruhiko Depo. Trans. P.31, L.13-17.

4. Defendants purchased and used material fish such as Ankimo (monkfish liver), Squid, and Hirame (flounder) that were purchased from vendor True World. Declaration of Gilberto Conrado at § 4-5; Teruhiko Depo. Trans. P.20, L.22-25, P.21, L.1-24.

1

5. Defendant's material orders from vendor True World included materials from all over the world but not limited to Ankimo (Monkfish liver) from Boston, Squid from Japan, and Hirame (flounder) from Japan. 2014 True World Invoices P.1, P.2, P.6. Many other international food ingredients were sold.  *See generally* 2014 True World Foods Records.

6. Plaintiff would make sushi rolls by combing various materials. Teruhiko Depo. Trans. P.30, L.21-25; P.31, L.1.

7. Defendant Teruhiko Iwasaki determined Plaintiff's break periods.  Teruhiko Depo. Trans. P.57, L.11-14.

8.  Defendant Teruhiko Iwasaki provided Plaintiff's raise in pay.  Teruhiko Depo. Trans. P.59, L.6-10.

9. Defendant Teruhiko Iwasaki has a business partner, Tetsu Hayakaw, who conducts interview and determines if someone knows how to cook.  Teruhiko Depo. Trans. P.5, L.11-23; P.65, L.1-25.

10. Defendant Tetsu Hayakaw was a chef at Marumi Sushi restaurant. Tetsu Depo. Tran. P.4, L.14-19.

11.  Defendant Teruhiko Iwasaki was a sushi chef at Marumi Sushi restaurant. Tetsu Depo. Tran. P.16, L.25; P.17. L.1-2.

12.  Karla Yasmin Santiago works for Defendants as a sushi assistant making sushi rolls by combining various materials.  Karla Dep. Tran. P.5, l.13-20; P.7, L.9-13.  "Seaweed, rice, and the fish, and peppers, cream cheese, depending on how it is written in the menu."

13.    Juan Luis Casados works for Defendants as a cooking assistant cutting vegetables and passing them to the cook.  Juan Dep. Tran. P.4, L.1-19; P.5, L.1-8.

**Respectfully submitted,**

**ELIZABETH O. HUEBER, ESQ.**
**J.H. ZIDELL, P.A.**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: STEPHEN.FOX.ESQ@GMAIL.COM**
**F.B.N. 110359**
**BY:____ *s/ Elizabeth O. Hueber, Esq.***
**Elizabeth O. Hueber, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING**
**WAS SENT SUBSEQUENT TO E-FILING**
**ON _2/11/16_ TO:**

**ALL CM/ECF RECIPIENTS**

**Chris Kleppin**
Glasser & Kleppin, P.A.
8751 West Broward Boulevard
Suite 105
Plantation, FL 33324
954-424-1933
954-474-7405 (fax)
cklleppin@gkemploymentlaw.com

**BY:____ *s/ Elizabeth O. Hueber, Esq.***
**Elizabeth O. Hueber, ESQ.**

3