UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22882-CIV-SCOLA/OTAZO-REYES

DANIEL VALDERRABANO TORRES *and all others similarly situated under 29 U.S.C. 216(B)*   )
)
)
      Plaintiff   )
vs.   )
)
ROCK & RIVER FOOD, INC.   )
TERUHIKO IWASAKI   )
)
      Defendants   )
_____ )

### PLAINTIFF'S NOTICE OF FILING IN RELATION TO PENDING MOTIONS FOR SUMMARY JUDGMENT.

**COMES NOW THE PLAINTIFF**, through Counsel and files the attached items in relation to the pending motions for summary judgment.

                                                Respectfully Submitted,

                                                J.H. Zidell, Esq.
                                                J.H. Zidell, P.A.
                                                Attorney for Plaintiff
                                                300 71st Street, Suite 605
                                                Miami Beach, Florida 33141
                                                Tel: (305) 865-6766
                                                Fax: (305) 865-7167
                                                Email: Zabogado@aol.com

                                                By: /s/ *J.H. Zidell* _____
                                                   J.H. Zidell, Esq
                                                 Florida Bar Number: 0010121

### CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response to Defendants' Statement of Undisputed Material Facts was sent via CM/ECF to Chris Kleppin,

Esq., Glasser & Kleppin, P.A., 8751 West Broward Boulevard, Suite 105, Plantation, Florida on this 26th day of February, 2016.

                J.H. Zidell, Esq.
                J.H. Zidell, P.A.
                Attorney for Plaintiff
                300 71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                Fax: (305) 865-7167
                Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
    J.H. Zidell, Esq
    Florida Bar Number: 0010121