UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22882-CIV-SCOLA

DANIEL VALDERRABANO TORRES, and
all others similarly situated,

    Plaintiff,

v.

ROCK & RIVER FOOD, INC., d/b/a
Marumi Sushi, and Teruhiko Iwasaki,

    Defendants.
_____/

## DEFENDANTS' INITIAL DISCLOSURES

Defendants, Rock & River Food, Inc. d/b/a Marumi Sushi and Teruhiko Iwasaki, (collectively referred to herein as "Defendants"), by and through their undersigned counsel, hereby submit their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Defendants reserve the right to supplement and/or amend their disclosures upon further factual and legal investigation and otherwise as required or deemed necessary.

This is in response to request for production.

**(A)** **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

See Exhibit "A" attached hereto.

**(B)** **A copy of, or a description by category and location of, all documents, data compilations, and tangible things in Defendant's possession, custody, or control, that**

**Defendants may use to support their claim or defense, unless solely for impeachment.**

See Exhibit "B" attached hereto.

**(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable to Defendants.

**(D)    For inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 10, 2015, a true and correct copy of the foregoing has been furnished via electronic mail to: Jamie H. Zidell, Esq. (zabogado@aol.com), J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, Florida 33141.

Respectfully submitted,

Glasser & Kleppin, P.A.
*Attorneys for Defendant*
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Fax (954) 474-7405
E-mail: ckleppin@gkemploymentlaw.com

By: s/Chris Kleppin
    Chris Kleppin
    Fla. Bar No. 625485

# EXHIBIT A

## DANIEL VALDERRABANO TORRES v. ROCK & RIVER FOOD, INC., et al.
## CASE NO. 15-22882-CIV-SCOLA

### DEFENDANTS' WITNESS LIST
### RE: INITIAL DISCLOSURES

This initial Witness List is provided pursuant to Rule 26, Fed. R. Civ. P., and contains witnesses known at this time who may have information relevant to the claim or defense of any party, and may be supplemented from time to time as other witnesses or prospective witnesses become known or as addresses are discovered and/or revised.

Subjects of information for the witnesses listed below are believed to be as set forth on the following chart, and listed below the name of each witness:

|   | **SUBJECT OF INFORMATION** |
|---|---|
| **A** | General knowledge of some matters in suit |
| **B** | Matters pertaining to damage claims |
| **C** | Matters pertaining to Corporate-Defendant's payroll records |
| **D** | Matters pertaining to Plaintiff's employment and hours worked and not worked |

1. Tetsu Hayakawa
   c/o defense counsel
   Subject area(s) A, B, C, D

2. Teruhiko Iwasaki
   c/o defense counsel
   Subject area(s) A, B, C, D

3. Daniel Valderrabano Torres
   c/o Plaintiff's counsel
   Subject area(s) A, B, D

4. Rebuttal witnesses

5. Impeachment witnesses

6. Any and all of Plaintiff's witnesses, without waiving objections to same

7. Any and all persons or entities named in any depositions, without waiving objections to same

8. Any and all persons or entities named in any answers to interrogatories, without waiving objections to same

# EXHIBIT B

## DEFENDANTS' INITIAL DISCLOSURES

| CASE NAME<br>Daniel Valderrabano Torres v. Rock & River Food, Inc., et al. | | | | | DISTRICT COURT<br>Southern District of Florida | |
|---|---|---|---|---|---|---|
| PLAINTIFFS ATTORNEY<br>Jamie H. Zidell, Esq.<br>J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | | | | | DEFENDANTS' ATTORNEY<br>Chris Kleppin, Esq.<br>Glasser & Kleppin, P.A.<br>8751 W. Broward Blvd.<br>Suite 105<br>Plantation, FL 33324 | DOCKET NUMBER<br>Case No. 15-22882-CIV-SCOLA |
| PRESIDING JUDGE<br>Honorable Robert N. Scola, Jr. | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | 1 | | | | Plaintiff's Complaint [D.E. 1] (and any and all further amended complaints by Plaintiff) | |
| | 2 | | | | Defendants' Answer & Affirmative Defenses [D.E. 13] | |
| | 3 | | | | Plaintiff Daniel Torres' Time/Pay Records | |
| | 4 | | | | Plaintiff Daniel Torres' personnel file | |
| | 5 | | | | Plaintiff's Statement of Claim [D.E. 12] | |
| | 6 | | | | All written discovery served to Plaintiff and all of the Plaintiff's responses thereto and documents produced in response thereto (without waiving objections to same) | |
| | 7 | | | | All rebuttal exhibits of Defendant to be used at trial | |
| | 8 | | | | All impeachment exhibits of Defendants to be used at trial | |
| | 9 | | | | All demonstrative aids/exhibits of Defendants to be used at trial | |
| | 10 | | | | Any and all affidavits in the case and all exhibits thereto (without waiving objections to same) | |
| | 11 | | | | All of Plaintiff's exhibits (without objections to same) | |
| | 12 | | | | Any and all depositions in the case and all exhibits thereto (without waiving objections to same) | |
| | 13 | | | | Any and all documents produced, and/or to be produced, by Plaintiff (without waiving objections to same) | |

The Defendants reserve the right to add additional exhibits to the exhibit list upon learning of any other exhibits through any additional discovery produced or compelled to be produced or any subsequent deposition ordered to be taken with respect to any outstanding discovery issue before the Court.