UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22882-CIV-SCOLA

DANIEL VALDERRABANO TORRES, and          )
Others similarly situated under 29 U.S.C. )
216(b),                                   )
                                          )
          Plaintiff,                      )
                                          )
v.                                        )
                                          )
ROCK & RIVER FOOD, INC. d/b/a Marumi      )
Sushi, and TERUHIKO IWASAKI,              )
                                          )
          Defendants.                     )
_____)


**PLAINTIFF'S LIST OF DEPOSITION DESIGNATIONS**

Plaintiff, by and through Undersigned Counsel, and in accordance with This Court's Order D.E.

17, hereby files its list of deposition designations.

1. It is Plaintiffs intention to call all witnesses and not rely on depositions for reasons other than impeachment. Hence, these designations presume that a witnesses is otherwise unavailable. Plaintiff reserves the right to use any part of a deposition for impeachment purposes.

A: Daniel Valderrabano Torres

1. 48:21-25, 49:1-3

B: Deposition of Teruhiko Iwasaki

1. 5:16-23

2. 10:11-14

3. 18:24-25, 19:1-20

4. 19:22-25, 20:1-25, 21:1-14

5. 22:19-20

6. 23:5-12.

7. 23:22-25

8. 24:1-25

9.  25:1-5

10. 25:24-25, 26:1-2

11. 26:17-25,27:1

12. 27:16-20

13. 29:4-9

14. 31:13-25

15. 32:18-25

16. 35:9-13

17. Depending on the results of the

    Motion In Limine 36:3-5

18. 40:4-25, 41:1-18

19. 44:1-11

20. 46:14-24

21. 47:16-22

22. 50:22-25

23. 58:4-18

24. 64:6-11

C: Deposition of Karla Yasmin Santiago

1.  8:25, 9:1-20

2.  9:21-25, 10:1

3.  12:9-13

4.  14:15-18

D: Deposition of Juan Luis Casados

1.  8:5-9

2.  16:2-8

3.  21:18-23

4.  24:18-22

E: Deposition of Tetsu Hayakawa

1.  4:16-19

2.  6:15-25, 7:1-16

3.  Depending on Results of Motion in

    Limine 9:3-25, 10:1-25, 11:1-3

4.  11:7-23

5.  11:24-25, 12:1

6.  15:12-16

7.  20:18-25, 21:1-16

8.  23:18-25, 24:1-18

9.  28:1-20

10. 29:2-25, 30:1-19

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on

April 04, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

3