UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22882-CIV-SCOLA

DANIEL VALDERRABANO TORRES,

    Plaintiff,
v.
ROCK & RIVER FOOD, INC., *et al.*,

    Defendants.
_____/

**DEFENDANTS' DESIGNATION OF PORTIONS OF THE DEPOSITION TRANSCRIPT OF DANIEL VALDERRABANO TORRES TO BE USED AT TRIAL**

Defendants, by and through undersigned counsel, hereby designate the following portions of the deposition transcript of Plaintiff, Daniel Valderrabano Torres, taken on January 26, 2016, to be used at trial.

The page and line numbers are as follows:

| Witness Name | Designation Page:Line |
|---|---|
| Daniel Torres | P.3: lines 1-11, 14-25 |
| | P.4: lines 1-14; 18-25 |
| | p.5: lines 1-4; 8-9; 14-15; 18-25 |
| | p.6: lines 1-3; 8-22 |
| | p.7: lines 15-25 |
| | p.8: lines 1-3 |
| | p.9:lines 1-4; 8-13; 21-23 |
| | p.10:lines 3-14; 20-25 |
| | p.12:lines 3-6; 23-24 |
| | p.13:lines 1, 13-18; 20-21; 23-25 |
| | p.14:lines 1-2, 4, 12-14; 23-25 |
| | p.15:lines 1-3, 12-19 |
| | p.16:lines 12-15, 17-20 |
| | p.17:lines 5-6, 8, 12-15, 17-22, 24 |
| | p.18:lines 10-11, 13-17, 19-23 |
| | p.19:lines 24-25 |
| | p.20:lines 2-5, 7, 19-24 |
| | p.21:lines 1, 7-14 |
| | p.23:lines 13-19; 22-25 |
| | p.24:lines 1-6; 8-9; 22-25 |
| | p.25:lines 1-11; 14-18; 23-25 |
| | p.26:lines 1, 4-19 |
| | p.27:lines 7-22 |

|  | |
|---|---|
|  | p.28: lines 13-20 |
|  | p.29:lines 5-25 |
|  | p.30:lines 1-2; 9-18; 23-25 |
|  | p.31:lines 1-2 |
|  | p.32:lines 17-20; 22-25 |
|  | p.33:lines 1-15; 19-25 |
|  | p.34:lines 1-11; 15-23 |
|  | p.36:lines 19-25 |
|  | p.37:lines 1-9; 13-25 |
|  | p.38:lines 1-24 |
|  | p.39:lines 1-12; 14-17; 20-25 |
|  | p.40:lines 1-11; 13-14; 21-25 |
|  | p.41:lines 1, 16-25 |
|  | p.42:lines 1-2; 17-25 |
|  | p.43:lines 1-10 |
|  | p.46:lines 19-25 |
|  | p.47:lines 1-21 |
|  | p.49:lines 4-18 |
|  | p.51:lines 1-5; 12-25 |
|  | p.52:lines 20-25 |
|  | p.53:lines 1-11; 13-25 |
|  | p.54:lines 1-2; 4, 10-12, 14-17, 19-25 |
|  | p.55:lines 1-6, 8-17; 19-23, 25 |
|  | p.56:lines 1-14, 16-19, 21-25 |
|  | p.57:lines 2-9, 11-25 |
|  | p.58:lines 1-10, 12, 23-25 |
|  | p.59:lines 2-7, 9-13, 15-21, 25 |
|  | p.60:lines 1-2, 4-7 |
|  | p.61:line 25 |
|  | p.62:lines 1-2, 4-10, 12-25 |
|  | p.63:lines 1-14; 25 |
|  | p.64:lines 1-10, 12, 19-25 |
|  | p.65:lines 1-9, 18-25 |
|  | p.66:lines 1-7, 12-25 |
|  | p.67:lines 1-3, 23-24 |
|  | p.68:lines 15-19 |
|  | p.69:lines 4-6; 11-19; 21-24 |
|  | p.70:lines 1-13, 15-25 |
|  | p.71:lines 1-15, 19 |
|  | p.72:lines 4-13, 21-25 |
|  | p.73:lines 1-25 |
|  | p.75:lines 8-22 |
|  | p.76:lines 8-14; 21-25 |
|  | p.77:lines 23-25 |
|  | p.78:lines 1-15 |
|  | p.80:lines 1-2, 4 |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 4, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record (Jamie H. Zidell, Esq. Stephen M. Fox, Jr., Esq.) or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

                       Respectfully Submitted,

                       Glasser & Kleppin, P.A.
                       *Attorneys for Defendants*
                       8751 W. Broward Blvd.
                       Suite 105
                       Plantation, FL 33324
                       Tel.  (954) 424-1933
                       Fax  (954) 474-7405
                       E-mail: ckleppin@gkemploymentlaw.com

                       By:     s/Chris Kleppin
                             Chris Kleppin
                             Florida Bar No. 625485