# EXHIBIT D

**DANIEL VALDERRABANO TORRES v. ROCK & RIVER FOOD, INC., et al.
CASE NO. 15-22882-CIV-SCOLA**

**DEFENDANTS' TRIAL WITNESS LIST**

1. Tetsu Hayakawa
   c/o Glasser & Kleppin, P.A.
   8751 West Broward Blvd.
   Suite 105
   Plantation, Florida 33324

2. Teruhiko Iwasaki
   c/o Glasser & Kleppin, P.A.
   8751 West Broward Blvd.
   Suite 105
   Plantation, Florida 33324

3. Daniel Valderrabano Torres
   c/o J.H. Zidell, P.A.
   300 71st Street
   Suite 605
   Miami Beach, Florida 33141

4. Rebuttal witnesses

5. Impeachment witnesses PL OBJECTION- Will need at least one day's notice, must actually be an impeachment witness.

6. Any and all of Plaintiff's witnesses, without waiving objections to same

7. Any and all persons or entities named in any depositions, without waiving objections to same

8. Any and all persons or entities named in any answers to interrogatories, without waiving objections to same PL OBJECTIONS- No Fair Notice, 403, Relevancy, Failure to Proffer for Objection, Failure to Disclose, Unfair Surprise, & Improper Predicate.