# EXHIBIT B

## DEFENDANTS' TRIAL EXHIBIT LIST

| CASE NAME<br>Daniel Valderrabano Torres v. Rock & River Food, Inc., et al. | | | | DISTRICT COURT<br>Southern District of Florida | |
|---|---|---|---|---|---|
| PLAINTIFFS ATTORNEY<br>Jamie H. Zidell, Esq.<br>J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | | | | DEFENDANTS' ATTORNEY<br>Chris Kleppin, Esq.<br>Glasser & Kleppin, P.A.<br>8751 W. Broward Blvd.<br>Suite 105<br>Plantation, FL 33324 | DOCKET NUMBER<br>Case No. 15-22882-CIV-SCOLA |
| PRESIDING JUDGE<br>Honorable Robert N. Scola, Jr. | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. OBJ. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| Contains legal conclusions/jargon that will confuse jury, references fees, costs and liquidated damages, references opt in plaintiffs not joined, improper exhibit | 1 | | | | Plaintiff's Complaint [D.E. 1] (and any and all further amended complaints by Plaintiff) |
| | 2 | | | | Deleted |
| | 3 | | | | Plaintiff Daniel Torres' Time/Pay Records |
| Must be redacted for fees, costs and | 4 | | | | Plaintiff's Statement of Claim [D.E. 12] |

| | | | | | |
|---|---|---|---|---|---|
| liquidated damages | | | | | |
| | 5 | | | | Deleted |
| Pursuant to motion in limine objections to content, relevance, 403, likelihood of confusion, failure to identify with specificity, inadmissible contents, likelihood of confusion, improper exhibit | 6 | | | | Defendants' First Set of Interrogatories to Plaintiff and Plaintiff's Responses to Defendant's First Set of Interrogatories and documents produced in response thereto, if any (and any and all supplemental responses and documents produced therewith, if any) (without waiving objections to same) |
| Pursuant to motion in limine objections to content, relevance, 403, likelihood of confusion, failure to identify with specificity, inadmissible contents, likelihood of confusion, improper exhibit | 7 | | | | Defendants' First Request for Production of Documents to Plaintiff and Plaintiff's Responses to Defendants' First Request for Production and documents produced in response thereto, if any (and any and all supplemental responses and documents produced therewith, if any) (without waiving objections to same) |
| Pursuant to motion in limine objections to content, relevance, 403, likelihood of | 8 | | | | Defendants' First Request for Admissions and Plaintiff's Responses to Defendants' First Request for Admissions (without waiving objections to same) |

| | | | | | |
|---|---|---|---|---|---|
| confusion, failure to identify with specificity, inadmissible contents, likelihood of confusion, improper exhibit | | | | | |
| Hearsay/Improper Exhibit/Includes material moved in limine to keep out | 9 | | | | Deposition Transcript of Plaintiff, Daniel Torres, and any and all exhibits thereto (without waiving objections to same) |
| Hearsay/Improper Exhibit/Includes material moved in limine to keep out | 10 | | | | Deposition Transcript of Teruhiko Iwasaki and any and all exhibits thereto (without waiving objections to same) |
| Hearsay/Improper Exhibit/Includes material moved in limine to keep out | 11 | | | | Deposition Transcript of Tetsu Hayakawa and any and all exhibits thereto (without waiving objections to same) |
| Hearsay/Improper Exhibit/Includes material moved in limine to keep out | 12 | | | | Deposition Transcript of Karla Yasmin Santiago and any and all exhibits thereto (without waiving objections to same) |
| Hearsay/Improper Exhibit/Includes material moved in | 13 | | | | Deposition Transcript of Juan Luis Casados and any and all exhibits thereto (without waiving objections to same) |

| | | | | |
|---|---|---|---|---|
| limine to keep out | | | | |
| No fair notice, not defined, lack of predicate, improper procedure, unfair surprise | 14 | | | All rebuttal exhibits of Defendant to be used at trial |
| No fair notice, undefined, improper procedure, lack of predicate | 15 | | | All impeachment exhibits of Defendants to be used at trial |
| 403, Unfair Surprise, Lack of Predicate, Improper Procedure, Failure to Disclose | 16 | | | All demonstrative aids/exhibits of Defendants to be used at trial |
| | 17 | | | Deleted |
| | 18 | | | All of Plaintiff's exhibits (without objections to same) |
| Hearsay/Improper Exhibit/Includes material moved in limine to keep out | 19 | | | Any and all depositions in the case and all exhibits thereto (without waiving objections to same) |
| Hearsay/Improper Exhibit/Includes material moved in limine to keep out/ Lack of Predicate/Unfair Surprise/Not | 20 | | | Any and all documents produced, and/or to be produced, by Plaintiff (without waiving objections to same) |

4

| Specific Disclosure- Improper Disclosure/ 403/ Danger of Confusion to Jury | | | | |
|---|---|---|---|---|

The Defendants reserve the right to add additional exhibits to the exhibit list upon learning of any other exhibits through any additional discovery produced or compelled to be produced or any subsequent deposition ordered to be taken with respect to any outstanding discovery issue before the Court.