United States District Court
United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Daniel Valderrabano Torres and all others similarly situated, Plaintiffs <br><br> v. <br><br> Rock & River Food Inc. d/b/a Marumi Sushi, and Teruhiko Iwasaki, Defendants | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 15-22882-Civ-Scola |

### Order Setting Trial and Requiring Jury Instructions

This case is set to begin trial on **Monday May 23, 2016 at 9 am**. The Court **orders** the parties to refile their proposed jury instructions <u>jointly</u>, though they need not agree on each proposed instruction. If the parties both agree on a proposed instruction, that instruction must be set out in regular typeface. Instructions proposed only by the Plaintiff must be <u>underlined</u>. Instructions proposed only by the Defendants must be **bold-faced**. Every instruction must be supported by a citation of authority. The parties must use as a guide the Eleventh Circuit Pattern Jury Instructions for Civil Cases, including the directions to counsel. The parties must jointly file their proposed jury instructions via CM/ECF, and must also submit their proposed jury instructions to the Court via e-mail at scola@flsd.uscourts.gov in Word format (.doc) by **May 16, 2016.**

**Done and ordered**, in chambers, at Miami, Florida, on May 10, 2016.

_____
Robert N. Scola, Jr.
United States District Judge