UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22882-CIV-SCOLA

| | |
|---|---|
| DANIEL VALDERRABANO TORRES, and Others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ROCK & RIVER FOOD, INC. d/b/a Marumi Sushi, and TERUHIKO IWASAKI, | ) ) ) ) |
| Defendants. _____ | ) ) |

**NOTICE OF AGREED UPON PROPOSED TRIAL DATE**

In accordance with D.E. 75 The Parties mutually agree to the week of August 22, 2016 as the date they propose to The Court for trial of the above captioned matter.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed and served by CM/ECF on May 17, 2016.

                                    J.H. Zidell, P.A.
                                    300 71st Street, Suite 605
                                    Miami Beach, Florida 33141
                                    Tel: (305) 865-6766
                                    Fax: (305) 865-7167
                                    *Attorneys for Plaintiff*

                                    By: /s/ Joshua Sheskin
                                    Joshua H. Sheskin, Esq.
                                    Jsheskin.jhzidellpa@gmail.com
                                    Florida Bar Number: 93028