United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Daniel Valderrabano Torres and all others similarly situated, Plaintiffs <br><br> v. <br><br> Rock & River Food Inc. d/b/a Marumi Sushi, and Teruhiko Iwasaki, Defendants | Civil Action No. 15-22882-Civ-Scola |

### Amended Order Granting Plaintiffs' Motion to Re-validate Trial Subpoenas

**This cause** came before the Court on Plaintiffs' above-described Motion, and the Court being duly advised in the premises, it is **ordered, adjudged** and **decreed** that Plaintiffs' Motion is **granted** as follows:

The subpoenas heretofore issued for witnesses, 30(b)(6) Corporate Representative of ROCK & RIVER FOOD, INC. d/b/a MARUMI SUSHI, Juan Luis Casados, and Karla Yasmin Santiagoare hereby re-validated and in full force and effect for the two-week period commencing on August 22, 2016, at 9:00 a.m., before the Honorable United State District Judge Robert N. Scola, Jr., at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida, and shall also remain in full force and effect should this matter be further continued for any reason.

Prior to the beginning of the said trial period, all of the witnesses shall contact the office of Plaintiffs' counsel, J.H. Zidell, P.A., at (305) 865-6766, to coordinate the date and time that each witness shall testify during the trial period. The said witnesses may be served with a copy of this Order by U.S. mail, Federal Express, certified mail *or* via process server, to be notified that their previously served subpoenas are valid as stated above.

**Done and ordered**, in chambers, at Miami, Florida, of August 10, 2016.

_____
Robert N. Scola, Jr.
United States District Judge