UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22882-CIV-SCOLA

DANIEL VALDERRABANO TORRES, and
Others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,
v.

ROCK & RIVER FOOD, INC. d/b/a Marumi
Sushi, and TERUHIKO IWASAKI,

    Defendants.
_____/

**DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendants, Rock & River Food, Inc. and Teruhiko Iwasaki ("Defendants"), pursuant to Federal Rule of Civil Procedure 58, move this Court for entry of a final judgment, and in support state:

**BACKGROUND**

The Plaintiff filed a Complaint alleging violations of the Fair Labor Standards Act (29 U.S.C. § 201 *et seq.*) setting forth one (1) substantive count pursuant to the Fair Labor Standards Act ("FLSA"), for alleged overtime violations. [D.E. 1]. Plaintiff seeks back wages, liquidated damages, prejudgment interest, injunctive relief, accrued but unused vacation pay, attorneys' fees, and litigation expenses. *Id.* The Plaintiff, a sushi roll preparer who has previously sued for overtime using Plaintiff's counsel approximately 3 years ago, claims he worked for 3 years for the Defendants, but was never paid any overtime. All of Plaintiff's co-workers who worked the exact same position all claim that they were paid overtime. This case was tried to a jury on August 23 and 24, 2016.

On August 24, 2016, the jury rendered a verdict on all causes of action in favor of the Defendants.  Federal Rule of Civil Procedure 58 states that "[e]very judgment and amended judgment must be set forth on a separate document . . . ." Fed. R. Civ. P. 58.  Rule 58 was amended in 2002 to specifically require every final judgment being issued in a separate document.  Accordingly, the Defendants request that the Court issue a separate final judgment, and attach a proposed final judgment hereto and a proposed order for this Motion have been submitted herewith.

## MEMORANDUM OF LAW

### I. THE COURT SHOULD ENTER A SEPARATE FINAL JUDGMENT, SO THAT THE POST-JUDGMENT TIME FRAMES (SUCH AS APPEAL AND MOTIONS FOR COSTS) CAN BEGIN TO RUN

Under the revised Rule 58, the underlying purpose remains the same:  the separate document requirement is designed to ensure that litigants are alerted to the entry of judgment and to the starting of the clock for post-judgment motions or an appeal.  *ABF Capital Corp. v. Osley*, 414 F.3d 1061, 1064 (9th Cir. 2005).  As before, the Rule achieves this goal by insisting on a "clear line of demarcation" between a judgment and an opinion or memorandum.  *In re Cendant Corp. Secs. Litig.*, 454 F.3d 235, 245 (3d Cir. 2006).  Accordingly, Defendants request that the Court enter the final judgment attached hereto.

    Respectfully submitted,

    Glasser & Kleppin, P.A.
    8751 W. Broward Blvd., Suite 105
    Plantation, Florida 33324
    Tel.  (954) 424-1933
    Fax. (954) 474-7405

    By: _s/Chris Kleppin_____
        Chris Kleppin
        Fla. Bar No. 625485

**CERTIFICATE OF CONFERRAL**

Undersigned counsel has conferred with counsel for the Plaintiff, pursuant to Local Rule 7.1.A.3., but electronically and telephonically, and Plaintiff's counsel does not object to the grant of this motion and the entry of the proposed final judgment, other than the term "attorneys' fees" in the reservation of jurisdiction. Defense counsel has included that language only because that term is standard language in final judgments no matter which party is prevailing (we believe the Court has jurisdiction even if the language is not in there), and thus the Defendants believe that the language should be contained in the final judgment. That does not mean however that the Defendants are necessarily going to be filing any motion for attorneys' fees (they have not even decided whether they are going to submit a bill of costs).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF System which will send a Notice of Electronic filing to the following: J.H. Zidell, Miami Beach, Florida.

>Glasser & Kleppin, P.A.
>Attorneys for Defendants
>8751 W. Broward Blvd.
>Suite 105
>Plantation, FL 33324
>Tel. (954) 424-1933
>Fax (954) 474-7405
>E-mail: Glabor@aol.com
>
>By  s/Chris Kleppin
>     Chris Kleppin
>     Fla. Bar No. 625485

C:/MyDocuments/Rock&River/DefmforEntryofSeparateFinalJudgment