United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Daniel Valderrabano Torres and all others similarly situated, Plaintiffs )<br>)<br>)<br>v. )<br>)<br>)<br>Rock & River Food Inc. d/b/a )<br>Marumi Sushi, and Teruhiko )<br>Iwasaki, Defendants ) | Civil Action No. 15-22882-Civ-Scola |

## Judgment

The Jury has returned a verdict in this case. (*See* Jury Verdict, ECF No. 113.) The Court now enters judgment in favor of the Defendants and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and Ordered** in chambers, at Miami, Florida, on August 25, 2016.

_____
Robert N. Scola, Jr.
United States District Judge