AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Daniel Valderrabano Torres )<br>)<br>v.                    )   Case No.: 15-22882-CIV-SCOLA<br>Rock & River Food, Inc., d/b/a Marumi Sushi,  )<br>and Teruhiko Iwasakik            ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __08/25/2016__ against __Daniel Valderrabano Torres__,
                                                                       *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................ | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 882.30 |
| Fees and disbursements for printing ........................................... | |
| Fees for witnesses *(itemize on page two)* ............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................................. | 532.50 |
| Docket fees under 28 U.S.C. 1923 ............................................. | |
| Costs as shown on Mandate of Court of Appeals .................................. | |
| Compensation of court-appointed experts ....................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 4,235.00 |
| Other costs *(please itemize)* ................................................... | |
| TOTAL | $ 5,649.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: __/s/Chris Kleppin__
Name of Attorney: Chris Kleppin

For: __Rock & River Food, Inc. d/b/a Marumi Sushi & Teruhiko Iwasaki__   Date: __09/26/2016__
                        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
_____   _____   _____
*Clerk of Court*                 *Deputy Clerk*                    *Date*

[ Counter per User ]

| User Name | Name | Copier/Docu. Server | | | |
|---|---|---|---|---|---|
| | | A3/DLT | Others | Pages | Total Result |
| 401 | 3591 | 0 | 0 | 0 | 0 |
| 402 | 3592 Rock&River v. Torres | 0 | 1411 | 1411 | 1411 |
| 403 | 3593 | 0 | 0 | 0 | 0 |
| 404 | 3594 | 0 | 0 | 0 | 0 |
| 405 | 3595 | 0 | 0 | 0 | 0 |
| 406 | 3596 | 0 | 0 | 0 | 0 |
| 407 | 3597 | 0 | 0 | 0 | 0 |
| 408 | 3598 | 0 | 0 | 0 | 0 |
| 409 | 3599 | 0 | 0 | 0 | 0 |
| 410 | 3601 | 0 | 0 | 0 | 0 |
| 411 | 3602 | 0 | 0 | 0 | 0 |
| 412 | 3603 | 0 | 0 | 0 | 0 |
| 413 | 3604 | 0 | 0 | 0 | 0 |
| 414 | 3605 | 0 | 0 | 0 | 0 |
| 415 | 3606 | 0 | 0 | 0 | 0 |
| 416 | 3607 | 0 | 0 | 0 | 0 |
| 417 | 3608 | 0 | 0 | 0 | 0 |
| 418 | 3609 | 0 | 0 | 0 | 0 |
| 419 | 3610 | 0 | 0 | 0 | 0 |
| 420 | 3611 | 0 | 0 | 0 | 0 |
| 421 | 3612 | 0 | 0 | 0 | 0 |
| 422 | 3613 | 0 | 0 | 0 | 0 |
| 423 | 3614 | 0 | 0 | 0 | 0 |
| 424 | 3615 | 0 | 0 | 0 | 0 |
| 425 | 3616 | 0 | 0 | 0 | 0 |
| 426 | 3839 | 0 | 5 | 5 | 5 |
| Others | | 0 | 0 | 0 | 0 |
| total sum | | 0 | 6398 | 6398 | 6398 |

Data of Today:Sep. 01,2016 09:25 AM

[ Counter per User ]

| User Name | Name | Copier/Docu. Server | | | | |
|---|---|---|---|---|---|---|
| | | A3/DLT | Others | Total Pages | Result | |
| 401 | 3591 | | 0 | 0 | 0 | 0 |
| 402 | 3592 Rock&River v. Torres | | 0 | 294 | 294 | 294 |
| 403 | 3593 | | 0 | 0 | 0 | 0 |
| 404 | 3594 | | 0 | 0 | 0 | 0 |
| 405 | 3595 | | 0 | 0 | 0 | 0 |
| 406 | 3596 | | 0 | 0 | 0 | 0 |
| 407 | 3597 | | 0 | 0 | 0 | 0 |
| 408 | 3598 | | 0 | 0 | 0 | 0 |
| 409 | 3839 | | 0 | 0 | 0 | 0 |
| Others | | | 0 | 5 | 5 | 5 |
| total sum | | | 0 | 4536 | 4536 | 4536 |

Data of Today:Jun. 01,2016 09:34 AM

[ Counter per User ]

| User Name | | Copier/Docu. Server | | Total | |
|---|---|---|---|---|---|
| | Name | A3/DLT | Others | Pages | Result |
| 101 | 3591 | 0 | 0 | 0 | 0 |
| 102 | 3592 Rock&River v. Torres | 0 | 0 | 0 | 0 |
| 403 | 3593 | 0 | 328 | 328 | 328 |
| 404 | 3594 | 0 | 0 | 0 | 0 |
| 405 | 3595 | 0 | 0 | 0 | 0 |
| 406 | 3596 | 0 | 0 | 0 | 0 |
| 407 | 3597 | 0 | 36 | 36 | 36 |
| 408 | 3598 | 0 | 0 | 0 | 0 |
| 409 | 3839 | 0 | 0 | 0 | 0 |
| Others | | 0 | 0 | 0 | 0 |
| sum | | 0 | 7394 | 7394 | 7394 |

postal

postal

Data of Today:Apr. 04,2016 08:58 AM

[ Counter per User ]

| User Name | Name | Copier/Docu. Server | | | |
|---|---|---|---|---|---|
| | | A3/DLT | Others | Pages | Result |
| 3591 | | 0 | 0 | 0 | 0 |
| 3592 | Rock&River v. Torres | 0 | 90 | 90 | 90 |
| 3593 | | 0 | 0 | 0 | 0 |
| 3594 | | 0 | 0 | 0 | 0 |
| 3595 | | 0 | 0 | 0 | 0 |
| 3596 | | 0 | 281 | 281 | 281 |
| 3597 | | 0 | 0 | 0 | 0 |
| 3598 | | 0 | 0 | 0 | 0 |
| 3839 | | 0 | 0 | 0 | 0 |
| 409 | | 0 | 0 | 0 | 0 |
| 408 | | 0 | 0 | 0 | 0 |
| 407 | | 0 | 0 | 0 | 0 |
| 406 | | 0 | 0 | 0 | 0 |
| 405 | | 0 | 0 | 0 | 0 |
| 404 | | 0 | 0 | 0 | 0 |
| 403 | | 0 | 0 | 0 | 0 |
| 402 | | 0 | 0 | 0 | 0 |
| 401 | | 0 | 0 | 0 | 0 |
| Others | | 0 | 30 | 30 | 30 |
| Total sum | | 0 | 7628 | 7628 | 7628 |

Data of Today:Feb. 02,2016 11:29 AM

[ Counter per User ]

| User Name | Name | Copier/Docu. Server | | | Total | |
|---|---|---|---|---|---|---|
| | | A3/DLT | Others | Pages | | Result |
| 401 | 3591 | 0 | 0 | 0 | 0 | 0 |
| 402 | 3592 Rock&River v. Torres | 0 | | 7 | 7 | 7 |
| 403 | 3593 | 0 | 0 | 0 | 0 | 0 |
| 404 | 3594 | 0 | 0 | 0 | 0 | 0 |
| 405 | 3595 | 0 | 0 | 0 | 0 | 0 |
| 406 | 3596 | 0 | 0 | 0 | 0 | 0 |
| 407 | 3597 | 0 | 0 | 0 | 0 | 0 |
| 408 | 3598 | 0 | 0 | 0 | 0 | 0 |
| 409 | 3839 | 0 | 0 | 0 | 0 | 0 |
| Others | | 0 | 0 | 5 | 5 | 5 |
| total sum | | 0 | 0 | 9479 | 9479 | 9479 |

Data of Today:Dec. 01,2015 08:53 AM

**ELITE REPORTING OF SOUTH FLORIDA, INC.**
707 SOUTHEAST 3RD AVENUE, SUITE 101
FORT LAUDERDALE, FL 33316
(954) 761-8338   FAX (954) 761-8653



GLASSER & KLEPPIN, P.A.
8751 WEST BROWARD BOULEVARD
SUITE 105
PLANTATION, FL 33324

CHRIS KLEPPIN, ESQ.

TORRES VS. ROCK & RIVER
DANIEL VALDERABANO TORRES
CASE NO: 15-22882 -CIV-SCOLA

INVOICE NO. : 279189
INVOICE DATE: 2/01/2016
REPORTER: CAROL ARLOTTA

ID# 65-0818204

| Date | Description | Amount |
|---|---|---|
| 1/26/2016 | DEPOSITION OF: DANIEL VALDERABANO TORRES | |
| | ATTENDANCE OF REPORTER | 160.00 |
| | O & 1 CC - ACCELERATED: 82 PGS. | 422.30 |
| | COURIER FEE | 15.00 |
| | Sub Total | 597.30 |
| | Paid | 0.00 |
| | Balance Due | 597.30 |

**THANK YOU FOR USING ELITE REPORTING OF SOUTH FLORIDA, INC.**
Past due invoices carry a 1.5% interest charge per month
We now accept credit card payments



# Invoice

**Depo Express, Inc.**
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

| Date | Invoice # |
|---|---|
| 2/16/2016 | 2518 |

**Bill To**
Glasser, Kleppin
Chris Kleppin
8751 W. Broward Boulevard
Suite 408
Plantation, Florida 33324

Att: Iris Bookkeeper

POSTED 2/18/16

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | | 2/16/2016 | |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| | | Date 2-1-16  Time | | 0.00 |
| 0 | appearance f... | | 3.00 | 0.00 |
| 0 | original + 1 | | 0.35 | 0.00 |
| 0 | exhibits | | 25.00 | 0.00 |
| 0 | condensed/a... | | 15.00 | 0.00 |
| 0 | courier | Deposition of Juan Casados, Karla Yasmin and Tetsu Hayakawa | 3.00 | 285.00 |
| 95 | certified copy | Thanks for your business. It was a pleasure working with you. All accounts due within 30 days of receipt of invoice or a $35.00 late fee will be applied to account. | | |

Torres V. Rock and River

**Total** $285.00

GLOBAL TRANSLATIONS &
INTERPRETATIONS
P.O. BOX 244413
Boynton Beach, FL 33424
561-6413973

**Invoice**



| Date | Invoice # |
|---|---|
| 1/27/2016 | 551027 |

| Bill To |
|---|
| Glasser & Kleppin, P.A.<br>8751 West Broward Blvd., Ste. 105,<br>Plantation, FL 33324<br>T 954.424.1933 |

| Lawyer |
|---|
| per Elethia Sinclair<br>Case 15-22882-CIV-SCOLA<br>Valderrabano Torres vs Rock & River Food |

| | | Claimant | Terms | Case Number |
|---|---|---|---|---|
| | | Daniel ValderrabanoTorres | Due on receipt | See Above |

| Item | Serv. Date | Language / Reference | Time | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Interpretation | 1/26/2016 | Spanish Interpreter at 8751 W Broward Blvd Plantation FL | 9:00 am | 3.5 | 85.00 | 297.50 |

It's been a pleasure working with you!
E.I.N. 65-07-58253

| Total | $297.50 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $297.50 |

Invoices are due upon receipt. Balances past due 30 days accrue 1.5% interest per month plus attorney fees and costs. Thanks for your prompt payment!



**UNIVERSAL LANGUAGE SERVICES**

8870 W. Oakland Park Blvd. Ste 103
Sunrise, Florida 33351-7215

*We Understand Each Other®*
**866.727.8707**

## INVOICE  158604
Invoice number required on check

Invoice Date
8/15/2016

**PAYABLE BY:**

| | |
|---|---|
| Attn: CHRIS KLEPPIN, ESQ. | Client ID  11979 |
| GLASSER, BORETH & KLEPPIN, P.A. (PLANTATION) | |
| 8751 W. BROWARD BLVD.       # 105 | |
| PLANTATION     FL   33324 | Phone   954-424-1933 |
| USA | Fax     954-474-7405 |

**ORDERED BY:**

SHARON : (ELITE REPORTING (FORT LAUDERDALE))

Tel.  954-761-8338
Fax  954-761-8653

**ORDERED FOR:**

GLASSER & KLEPPIN, P.A. (PLANTATION)

Tel.  954-424-1933
Fax

| | | | |
|---|---|---|---|
| Job ID | 158604 | Lang/Dialect JAPANESE | Case |
| Date Service | 8/15/2016 | Int. Req. | DANIEL VALDERRABANO TORRES, ET AL VS. ROCK & RIVER FOOD INC, (MARUMI SUSHI) & TERUHIKO |
| Duration | HOURLY | | |
| Start Time | 09:00:00 AM | Job Type  SETTLEMENT | Location: |
| Start Time 2 | | Case Type | U.S. DISTRICT COURT (MIAMI) |
| Start Time 3 | | | |
| End Time | 11:30:00 AM | Party | 301 North Miami Avenue |
| Hdlg. Party | CHRIS KLEPPIN, ESQ. | File # | 4TH FLOOR |
| | | Pol. # | Miami |
| Insured | | Case #  15-22882-CIV | FL   33128 |
| Secty | | Claim # | |
| Deponent | | Adjuster | |
| Examinee | | | Date of Loss or Injury |
| | | | Special Conditions |

| | | | | |
|---|---|---|---|---|
| 2.5 | Hrs. X | $175.00 | Hourly Total | $437.50 |
| | Hrs. X | | OvertimeTotal | |
| | | | Half Day | |
| Amount Paid: | | | Full Day | |
| Payment date | | | Mileage | |
| Paid by | | | Parking | |
| Fin. Charge | | | Late cancel. fee | |
| Amount Due: | $437.50 | | Discount | |
| Due by | 9/30/2016 | | Bill amount | $437.50 |

Assignment Description:

2 HOURS MINIMUM

Payable upon receipt | Federal Tax ID 45-4027849

Any invoice not paid within 30 days shall accrue interest at the rate of 1.5% per month until paid in full. ULS shall be entitled to recover all costs and expenses, including attorney's fees in connection with collection of amounts due or enforcing payment of invoices. Use of ULS services shall be a consent to ULS terms and conditions.

**8870 W. Oakland Park Blvd. Ste 103 | Sunrise, FL 33351-7215 | T 954.749.9199 | F 954.578.6088**
uls@ULS-FL.com | Toll free 866.727.8707 | www.ULS-FL.com

Invoice 158604



**UNIVERSAL LANGUAGE SERVICES™**

8870 W. Oakland Park Blvd. Ste 103
Sunrise, Florida 33351-7215

*We Understand Each Other®*
**866.727.8707**

## INVOICE 158829
Invoice number required on check

Invoice Date
8/23/2016

**PAYABLE BY:**

Attn: CHRIS KLEPPIN, ESQ.
**GLASSER & KLEPPIN, P.A. (PLANTATION)**
8751 W. BROWARD BLVD.          105
PLANTATION          FL     33324

Client ID   17424

Phone   954-424-1933
Fax

**ORDERED BY:**
SHARON : (ELITE REPORTING (FORT LAUDERDALE))

Tel.  954-761-8338
Fax  954-761-8653

**ORDERED FOR:**
**GLASSER & KLEPPIN, P.A. (PLANTATION)**

Tel.  954-424-1933
Fax

| | | | |
|---|---|---|---|
| Job ID | 158829 | Lang/Dialect JAPANESE | Case **TORRES VS. ROCK AND RIVER FOOD INC.** |
| Date Service | 8/23/2016 | Int. Req. | |
| Duration | HOURLY | | |
| Start Time | 08:30:00 AM | Job Type  TRIAL | Location: |
| Start Time 2 | | Case Type | FEDERAL COURTHOUSE (400 MIAMI) |
| Start Time 3 | | | |
| End Time | 06:30:00 PM | Party | 400 North Miami Avenue |
| Hdlg. Party | CHRIS KLEPPIN, ESQ. | File # | Room 11-3 |
| | | Pol. # | Miami |
| Insured | | Case #  ROCK & RIVER | FL   33128 |
| Secty | | Claim # | |
| Deponent | | Adjuster | |
| Examinee | | | Date of Loss or Injury |

|  | Hrs. X | | | |
|---|---|---|---|---|
| 8.5 | Hrs. X | $175.00 | Hourly Total | $1,487.50 |
| 1.50 | Hrs. X | $262.50 | OvertimeTotal | $393.75 |
| | | | Half Day | |
| Amount Paid: | | | Full Day | |
| Payment date | | | Mileage | |
| Paid by | | | Parking | |
| Fin. Charge | | | Late cancel. fee | |
| Amount Due: | $1,881.25 | | Discount | |
| Due by | | | Bill amount | $1,881.25 |

Special Conditions

Assignment Description:
$175.00 PER HOUR - 2 HOUR MINIMUM -
24 HOUR CANCELLATION NOTICE.

Payable upon receipt | Federal Tax ID 45-4027849

Any invoice not paid within 30 days shall accrue interest at the rate of 1.5% per month until paid in full. ULS shall be entitled to recover all costs and expenses, including attorney's fees in connection with collection of amounts due or enforcing payment of invoices. Use of ULS services shall be a consent to ULS terms and conditions.

**8870 W. Oakland Park Blvd. Ste 103 | Sunrise, FL 33351-7215 | T 954.749.9199 | F 954.578.6088**
uls@ULS-FL.com | Toll free 866.727.8707 | www.ULS-FL.com

Invoice 158829



**UNIVERSAL LANGUAGE SERVICES**

8870 W. Oakland Park Blvd. Ste 103
Sunrise, Florida 33351-7215

*We Understand Each Other*®
**866.727.8707**

## INVOICE 158885
Invoice number required on check

Invoice Date
8/24/2016

**PAYABLE BY:**

Attn: CHRIS KLEPPIN, ESQ.
GLASSER & KLEPPIN, P.A. (PLANTATION)
8751 W. BROWARD BLVD.       105
PLANTATION        FL    33324

Client ID   17424

Phone   954-424-1933
Fax

**ORDERED BY:**
SHARON : (ELITE REPORTING (FORT LAUDERDALE))
Tel.  954-761-8338
Fax  954-761-8653

**ORDERED FOR:**
GLASSER & KLEPPIN, P.A. (PLANTATION)
Tel.  954-424-1933
Fax

| | | | |
|---|---|---|---|
| Job ID | 158885 | Lang/Dialect JAPANESE | Case **TORRES VS. ROCK AND RIVER FOOD INC.** |
| Date Service | 8/24/2016 | Int. Req. | |
| Duration | HOURLY | | |
| Start Time | 08:30:00 AM | Job Type  TRIAL | Location: |
| Start Time 2 | | Case Type | FEDERAL COURTHOUSE (400 MIAMI) |
| Start Time 3 | | | 400 North Miami Avenue |
| End Time | 05:30:00 PM | Party | Room 11-3 |
| Hdlg. Party | CHRIS KLEPPIN, ESQ. | File # | Miami |
| | | Pol. # | |
| Insured | | Case #  ROCK & RIVER | FL   33128 |
| Secty | | Claim # | |
| Deponent | | Adjuster | |
| Examinee | | | Date of Loss or Injury |

|   |   |   |   |   |
|---|---|---|---|---|
| 8.5 | Hrs. X | $175.00 | Hourly Total | $1,487.50 |
| 0.50 | Hrs. X | $262.50 | OvertimeTotal | $131.25 |
|     |        |         | Half Day      |         |

Special Conditions

Assignment Description:
$175.00 PER HOUR - 2 HOUR MINIMUM - 24 HOUR CANCELLATION NOTICE.

Amount Paid:
Payment date
Paid by
Fin. Charge
Amount Due:    **$1,618.75**
Due by

Full Day
Mileage
Parking
Late cancel. fee
Discount

Bill amount    **$1,618.75**

**Payable upon receipt | Federal Tax ID 45-4027849**

Any invoice not paid within 30 days shall accrue interest at the rate of 1.5% per month until paid in full. ULS shall be entitled to recover all costs and expenses, including attorney's fees in connection with collection of amounts due or enforcing payment of invoices. Use of ULS services shall be a consent to ULS terms and conditions.

**8870 W. Oakland Park Blvd. Ste 103 | Sunrise, FL 33351-7215 | T 954.749.9199 | F 954.578.6088**
uls@ULS-FL.com | Toll free 866.727.8707 | www.ULS-FL.com

Invoice 158885